# Exhibit F



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = "young stoner"
Search Results: Displaying 1 through 34 of 34 entries.

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Young Stoner For Life Publishing | Daddy's Birthday. | PA0002184597 | 2017 |
| [ 2 ] | Young Stoner For Life Publishing | Family Don't Matter. | PA0002184584 | 2017 |
| [ 3 ] | Young Stoner For Life Publishing | Feel It. | PA0002193432 | 2017 |
| [ 4 ] | Young Stoner For Life Publishing | For Y'all. | PA0002184571 | 2017 |
| [ 5 ] | Young Stoner For Life Publishing | Get High. | PA0002184604 | 2017 |
| [ 6 ] | Young Stoner For Life Publishing | Me or Us. | PA0002184607 | 2017 |
| [ 7 ] | Young Stoner For Life Publishing | Oh Yeah. | PA0002184572 | 2017 |
| [ 8 ] | Young Stoner For Life Publishing | On Fire. | PA0002193272 | 2017 |
| [ 9 ] | Young Stoner For Life Publishing | Relationship. | PA0002193201 | 2017 |
| [ 10 ] | Young Stoner For Life Publishing | Section 8. | PA0002185627 | 2018 |
| [ 11 ] | Young Stoner For Life Publishing | She Wanna Party. | PA0002184592 | 2017 |
| [ 12 ] | Young Stoner For Life Publishing | Take Care. | PA0002184577 | 2017 |
| [ 13 ] | Young Stoner For Life Publishing | Tomorrow Til Infinity. | PA0002184578 | 2017 |
| [ 14 ] | Young Stoner For Life Publishing | You Said. | PA0002193433 | 2017 |
| [ 15 ] | Young Stoner Life Publishing | Lesbian. | PA0002192703 | 2018 |
| [ 16 ] | Young Stoner Life Publishing | Splash Warning. | PA0002184591 | 2018 |
| [ 17 ] | Young Stoner Life Publishing | Up To Something. | PA0002192668 | 2018 |
| [ 18 ] | Young Stoner Life Publishing LLC | D4L. | PA0002251345 | 2020 |
| [ 19 ] | Young Stoner Life Publishing LLC | Goodbyes. | PA0002233501 | 2019 |
| [ 20 ] | Young Stoner Life Publishing LLC | Havana. | PA0002198007 | 2017 |
| [ 21 ] | Young Stoner Life Publishing, LLC | High Top Versace. | PA0002185643 | 2019 |
| [ 22 ] | Young Stoner Life Publishing LLC | London. | PA0002233498 | 2019 |
| [ 23 ] | Young Stoner Life Publishing LLC | Weekend. | PA0002215043 | 2018 |
| [ 24 ] | Young Stoner Life Publshing | Big Slimes. | PA0002264866 | 2020 |
| [ 25 ] | Young Stoner Life Publshing | Blue Jean Bandit. | PA0002263554 | 2020 |
| [ 26 ] | Young Stoner Life Publshing | Cash Cow. | PA0002241428 | 2019 |
| [ 27 ] | Young Stoner Life Publshing | Even The Odds. | PA0002230144 | 2017 |
| [ 28 ] | Young Stoner Life Publshing | Home Body. | PA0002227909 | 2018 |
| [ 29 ] | Young Stoner Life Publshing | Just Like Me. | PA0002268206 | 2018 |
| [ 30 ] | Young Stoner Life Publshing | Money Train. | PA0002227586 | 2018 |
| [ 31 ] | Young Stoner Life Publshing | Start Wit Me. | PA0002241744 | 2019 |
| [ 32 ] | Young Stoner Life Publshing | Strings. | PA0002242019 | 2019 |

Exhibit E
52

| | [ 33 ] | Young Stoner Life Publshing | Stuck In A Dream. | PA0002239267 | 2019 |
|---|---|---|---|---|---|
| | [ 34 ] | Young Stoner Life Publshing | Yell OH. | PA0002239057 | 2020 |

Resort results by: [dropdown]   Set Search Limits

Clear Selected   Retain Selected

previous   next

**Save, Print and Email (Help Page)**

| **Records** | Select Format: Full Record   Format for Print/Save |
|---|---|
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [_____] Email |

Search for: "young stoner"   Search by: Name (Crichton Michael; Walt Disney Company)   Item type: None

50 records per page   Submit   Reset

Help | Search | History | **Titles** | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page |
Library of Congress Home Page