NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100 / Fax: 213.629.1033

ATTORNEY(S) FOR: Plaintiff AEG Presents LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>                 Plaintiff(s),<br>v.<br>YSL TOURING LLC, a Georgia limited liability company, et al.,<br><br>                 Defendant(s) | CASE NUMBER:<br><br>2:20-CV-11601<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff AEG Presents LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AEG Presents LLC, a Delaware limited liability company | Plaintiff |
| YSL Touring LLC, a Georgia limited liability company | Defendant |
| Jeffery Lamar Williams, an individual | Defendant |
| Young Stoner Life Publishing LLC, a Delaware limited liability company | Defendant |

December 23, 2020          /s/ Kathleen Jorrie
Date                       Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff AEG Presents LLC