PILLSBURY WINTHROP SHAW PITTMAN LLP
KATHLEEN JORRIE (SBN 121578)
kathy.jorrie@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:   213.488.7100
Facsimile:    213.629.1033

Attorneys for Plaintiff AEG Presents LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company, | Case No.: 2:20-CV-11601 |
| Plaintiff, | **PLAINTIFF AEG PRESENTS LLC'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | **[Fed. R. Civ. P. 7.1]** |
| YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company, | |
| Defendants. | |

4826-8781-4089.v1

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff AEG Presents LLC ("AEG") provides the following statement:

AEG states that: (1) Anschutz Entertainment Group, Inc. is the sole member of AEG; and (2) no public corporation owns 10% or more of AEG's stock.

Dated:  December 23, 2020

PILLSBURY WINTHROP SHAW
  PITTMAN LLP
KATHLEEN JORRIE
JEFFREY D. WEXLER

By:   /s/ Kathleen Jorrie
      Kathleen Jorrie
      Attorneys for Plaintiff AEG Presents LLC

2

4826-8781-4089.v1