# Exhibit B

## INDUCEMENT LETTER (GUARANTY)

As a further inducement to AEG Presents LLC ("Promoter") to enter into the foregoing Artist Agreement with YSL Touring LLC, a Georgia limited liability company ("Artistco") dated as of July 10, 2017 (such agreement including the exhibits thereto being referred to collectively as the "Agreement"), it being to the benefit of the undersigned Jeffery Lamar Williams, professionally known as Young Thug (the "Undersigned") that Promoter do so, and in consideration of the execution thereof by Promoter, the Undersigned:

1. Agrees to perform and discharge all of Artistco's obligations, warranties and undertakings contained in the Agreement (which for the avoidance of doubt includes the Note), and to the extent Artistco has undertaken to cause the Undersigned to render certain performance, the Undersigned will render such performance. Any capitalized terms that are not defined in this Guaranty shall have the meaning ascribed to such terms in the Agreement;

2. Represents and warrants that Artistco has the right to enter into the Agreement and the Note, and Artistco has the right to incur all of the obligations, warranties and undertakings to Promoter on the part of Artistco contained therein, and that Artistco shall continue to have those rights until all of those obligations, warranties and undertakings shall have been fully performed and discharged;

3. Represents and warrants that all of the representations, warranties and agreements of Artistco contained in the Agreement are and shall remain true and correct, the Undersigned agrees to be bound thereby;

4. Agrees that the Undersigned's liability hereunder is independent of the obligations of Artistco, or any other person or entity, is joint and several with any other guarantor, and Promoter may enforce the obligations of the Undersigned without proceeding against Artistco, or any other person or entity or any security, and without pursuing any other remedy; any proceeding against the Undersigned shall be brought pursuant to the forum selection and choice of law provisions contained in the Agreement and/or Note, as applicable;

5. To secure all of its obligations hereunder, the Undersigned hereby grants a security interest to Promoter in all of the Undersigned's present and future right, title and interest in and to all of the following property, now owned or hereafter acquired: all accounts, general intangibles (e.g., software, payment intangibles, trademarks and copyrights), documents and contracts and all proceeds, replacements, substitutions, products, accessions, and increases of any thereof, in any form, as those terms are or may hereafter be defined in the California Commercial Code from time to time in effect; and agrees to reasonably cooperate with the Promoter's efforts to perfect such security interest in all such property. The Undersigned acknowledges and agrees that this Guaranty includes a security agreement;

6. Agrees that the terms of the Agreement may be varied from time to time by Artistco and Purchaser without the prior consent of the Undersigned and without relieving the Undersigned of or reducing any liability of the Undersigned under this Guaranty Agreement;

7. Waives (a) any right to require Purchaser to proceed against Artistco or another or to pursue any particular remedy; (b) any defense based upon any legal disability of Artistco or any other person; (c) any defense based upon running of any statute of limitations; (d) any right of setoff, recoupment or counterclaim; (e) notice, demand, presentment, protest, notice of acceptance, notice of protest, notice of dishonor and notice of any action or inaction; and (f) the Undersigned's obligations under this Guaranty Agreement shall not be altered, limited, stayed or otherwise affected by any "Bankruptcy" (meaning voluntary or involuntary, insolvency, receivership, reorganization, liquidation, debtor-relief or similar proceeding) of Artistco or any other person;

8. Waives any rights of subrogation, reimbursement, indemnification, and contribution and any other rights and defenses that are or may become available to the undersigned including by reason of California Civil Code Sections 2787 to 2855, inclusive, and any rights or defenses the undersigned may have in respect of the undersigned's obligations by reason of any election of remedies by the creditor.

Exhibit B
36

and further agrees that such waivers are intended by the undersigned to be effective to the maximum extent permitted by Section 2856 of the California Civil Code or other applicable law; and

       9.    Agrees that facsimile copies or photocopies of signatures of this Guaranty Agreement shall be as valid as original.

_____
Jeffery Lamar Williams

Dated: July __, 2017

Exhibit B
37