# Exhibit E

# Form DCS (Document Cover Sheet)
### For Recordation of Documents under 17 U.S.C. §205
UNITED STATES COPYRIGHT OFFICE

- Electronic Title List Enclosed ☐
- Declaration of Ownership in a Musical Work (DOMW) ☐

If DOMW is checked, an electronic title list must be enclosed and "Electronic Title List Enclosed" must also be checked.

**Privacy Act Notice:** Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE IN THIS BOX**

Volume _____ Document _____
SR# _____
Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Send to:** Library of Congress, Copyright Office–DOC, LM 433, 101 Independence Avenue SE, Washington, DC 20559-6000

If submitting a DOMW, send to: Copyright Office–DOMW, P.O. Box 71537, Washington, DC 20024-1537

To the Register of Copyrights: *Please record the accompanying document.*

**IMPORTANT:** *Please read all instructions for completing this form. If you have enclosed an electronic title list or if your document is a Declaration of Ownership in a Musical Work (DOMW), check the appropriate box(es) on the top of this page.*

**1** Title of first work provided in document: Bad Bad Bad (note the security interest in works is claimed only as to Jeffery Williams' interests in copyrights)

**2** Total number of titles in document: 8

**3** Page number(s) in document where titles information can be located: Pages A-1 and A-2 of Schedule prepared for recordation (security agreement applies to all copyrights)

**4** Amount of fee calculated: $ 140.00   (Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))

**5** Fee enclosed
- ☐ Check
- ☐ Money Order
- ☒ Fee authorized to be charged to Copyright Office deposit account
  - Deposit account number: 50695
  - Deposit account name: Pillsbury Winthrop Shaw Pittman LLP

**6** Return receipt requested
- ☒ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**7** Redacted document
- ☐ Check if document is redacted
- ☐ Check if a written justification for redacted material not enumerated in 37 C.F.R. § 201.4(d)(4)(i) is enclosed

**8** English translation
- ☐ Check if an English translation of non-English material is enclosed

**9** Document type

*(Check the one that best describes the document.)*

☐ Assignment    ☐ Exclusive License    ☐ Non-Exclusive License
☐ Change of Address    ☐ Mortgage or Security Agreement
☐ Affidavit/Declaration/Certification    ☐ Court Order    ☐ Will
☐ Change of Name (*e.g.*, via merger agreement, amendment to articles of incorporation)
☒ Other  Inducement Letter (Guaranty) including security agreement

**10** Document's Date of Execution

July 10, 2017

**11** Party Information

*(Provide the names of all parties to the document and the nature of their respective relationships to the document, including which party, if any, is the current copyright owner of the works to which the document pertains. A mailing address must also be provided if submitting a DOMW and may be voluntarily provided for all other documents. If more space is needed, attach an additional sheet.)*

Name: Jeffery Williams, c/o Granderson Des Rochers, LLP
Relationship: Grantor of security interest in copyrights (but only as to his interest in copyrights)
Number/Street: 150 S. Rodeo DR    Apt/Suite: Penthouse
City: Beverly Hills    State: CA    Zip: 90212

Name: AEG Presents LLC
Relationship: Grantee of security interest in copyrights (but only as to Mr. Williams' interest)
Number/Street: 425 West 11th Street    Apt/Suite: 400
City: Los Angeles    State: CA    Zip: 90015

☐ List continued on an attached additional sheet

**12** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached document to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the document is successfully recorded.)*

*I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying document, and any other enclosed materials to the U.S. Copyright Office for recordation, and all information I have submitted is true, accurate, and complete to the best of my knowledge.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature: *Kathy A Jorrie*    Date: July 28, 2020
Name: Kathy A. Jorrie
Title/Organization: Pillsbury Winthrop Shaw Pittman LLP
Number/Street: 725 S. Figueroa Street    Apt/Suite: 2800
City: Los Angeles    State: CA    Zip: 90017
Phone number: (213) 488-7100    Fax number: (213) 629-1033
Email: kathy.jorrie@pillsburylaw.com

If you are not a party to the document, describe your relationship to the document or the original parties to the document (*e.g.*, duly authorized agent of a party, successor-in-interest to a party, duly authorized agent of a successor-in-interest to a party).

Duly authorized agent of AEG Presents LLC

FORM DCS    PAGE 2 OF 3

Exhibit E
56

**13** Document Certifications      ☐ Original document enclosed      ☐ Official certification enclosed

*(These certifications can be made either by the remitter identified on the previous page or another individual.)*

*I certify under penalty of perjury under the laws of the United States of America that the following is true and correct: (Check the box next to each certification being made. The first is always required. The second is required if an original document or official certification is not enclosed. If a different individual is making each one, complete and attach an additional copy of this page.)*

☒ *The accompanying document being submitted to the U.S. Copyright Office for recordation satisfies, to the best of my knowledge, the signature, completeness, legibility, and, if redacted, redaction requirements for recordation as specified in 37 C.F.R. § 201.4.*

☒ *The accompanying document being submitted to the U.S. Copyright Office for recordation is, to the best of my knowledge, a true and correct copy of the original, signed document.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature: *Kathy A. Jorrie* (signature)     Date: July 28, 2020

Certifier Information

*(This information is only required if an individual other than the remitter identified on the previous page is making the above certifications.)*

Name: Kathy A. Jorrie

Title/Organization: Pillsbury Winthrop Shaw Pittman LLP

If the certifier is not a party to the document, describe the certifier's relationship to the document or the original parties to the document (*e.g.*, duly authorized agent of a party, successor-in-interest to a party, duly authorized agent of a successor-in-interest to a party).

_____

_____

_____

**INDUCEMENT LETTER (GUARANTY)**

As a further inducement to AEG Presents LLC ("Promoter") to enter into the foregoing Artist Agreement with YSL Touring LLC, a Georgia limited liability company ("Artistco") dated as of July 10, 2017 (such agreement including the exhibits thereto being referred to collectively as the "Agreement"), it being to the benefit of the undersigned Jeffery Lamar Williams, professionally known as Young Thug (the "Undersigned") that Promoter do so, and in consideration of the execution thereof by Promoter, the Undersigned:

1. Agrees to perform and discharge all of Artistco's obligations, warranties and undertakings contained in the Agreement (which for the avoidance of doubt includes the Note), and to the extent Artistco has undertaken to cause the Undersigned to render certain performance, the Undersigned will render such performance. Any capitalized terms that are not defined in this Guaranty shall have the meaning ascribed to such terms in the Agreement;

2. Represents and warrants that Artistco has the right to enter into the Agreement and the Note, and Artistco has the right to incur all of the obligations, warranties and undertakings to Promoter on the part of Artistco contained therein, and that Artistco shall continue to have those rights until all of those obligations, warranties and undertakings shall have been fully performed and discharged;

3. Represents and warrants that all of the representations, warranties and agreements of Artistco contained in the Agreement are and shall remain true and correct, the Undersigned agrees to be bound thereby;

4. Agrees that the Undersigned's liability hereunder is independent of the obligations of Artistco, or any other person or entity, is joint and several with any other guarantor, and Promoter may enforce the obligations of the Undersigned without proceeding against Artistco, or any other person or entity or any security, and without pursuing any other remedy; any proceeding against the Undersigned shall be brought pursuant to the forum selection and choice of law provisions contained in the Agreement and/or Note, as applicable;

5. To secure all of its obligations hereunder, the Undersigned hereby grants a security interest to Promoter in all of the Undersigned's present and future right, title and interest in and to all of the following property, now owned or hereafter acquired: all accounts, general intangibles (e.g., software, payment intangibles, trademarks and copyrights), documents and contracts and all proceeds, replacements, substitutions, products, accessions, and increases of any thereof, in any form, as those terms are or may hereafter be defined in the California Commercial Code from time to time in effect; and agrees to reasonably cooperate with the Promoter's efforts to perfect such security interest in all such property. The Undersigned acknowledges and agrees that this Guaranty includes a security agreement;

6. Agrees that the terms of the Agreement may be varied from time to time by Artistco and Purchaser without the prior consent of the Undersigned and without relieving the Undersigned of or reducing any liability of the Undersigned under this Guaranty Agreement;

7. Waives (a) any right to require Purchaser to proceed against Artistco or another or to pursue any particular remedy; (b) any defense based upon any legal disability of Artistco or any other person; (c) any defense based upon running of any statute of limitations; (d) any right of setoff, recoupment or counterclaim; (e) notice, demand, presentment, protest, notice of acceptance, notice of protest, notice of dishonor and notice of any action or inaction; and (f) the Undersigned's obligations under this Guaranty Agreement shall not be altered, limited, stayed or otherwise affected by any "Bankruptcy" (meaning voluntary or involuntary, insolvency, receivership, reorganization, liquidation, debtor-relief or similar proceeding) of Artistco or any other person;

8. Waives any rights of subrogation, reimbursement, indemnification, and contribution and any other rights and defenses that are or may become available to the undersigned including by reason of California Civil Code Sections 2787 to 2855, inclusive, and any rights or defenses the undersigned may have in respect of the undersigned's obligations by reason of any election of remedies by the creditor.

1

and further agrees that such waivers are intended by the undersigned to be effective to the maximum extent permitted by Section 2856 of the California Civil Code or other applicable law; and

        9.    Agrees that facsimile copies or photocopies of signatures of this Guaranty Agreement shall be as valid as original.

_____
Jeffery Lamar Williams

Dated: July ___, 2017

2

Schedule – Identifying Registered Copyrights Owned By Jeffery Williams

|   | Title | Owners | Registration No. | Registration Date | Date Created | Type |
|---|---|---|---|---|---|---|
| 1. | Bad Bad Bad | Nils Noehden<br>Jeffery Williams<br>Dominique Jones<br>Ultra International Music Publishing,<br>Wheezyhitmaker | PA0002224897 | 12.10.2019 | 2019 | Music |
| 2. | Big Rocks | Jeffery Williams<br>Kiari Kendrell Cephus<br>Ultra International Music Publishing<br>Wheezyhitmaker | PA0002224828 | 12.10.2019 | 2019 | Music |
| 3. | Circle of Bosses | Jeffery Williams<br>Quavious Marshall<br>Ultra International Music Publishing<br>Wheezyhitmaker | PA0002224883 | 12.10.2019 | 2019 | Music |
| 4. | Surf | Jordan Jenks<br>Gunna Music<br>Jeffery Williams | PA0002237630 | 3.5.2020 | 2019 | Music |
| 5. | Hot | Wesley Glass<br>Gunna Music<br>Jeffery Williams | PA0002237679 | 3.5.2020 | 2019 | Music |
| 6. | Hot | Jeffery Williams<br>Sergio Kitchens<br>Ultra International Music Publishing<br>Wheezyhitmaker | PA0002224892 | 12.10.2019 | 2019 | Music |
| 7. | I Bought Her | Daryl McPherson | PA0002224839 | 12.10.2019 | 2019 | Music |

A-1

|  | Title | Owners | Registration No. | Registration Date | Date Created | Type |
|---|---|---|---|---|---|---|
|  |  | Jeffery Williams<br>Martinez Arnold<br>Ultra International Music Publishing<br>Wheezyhitmaker |  |  |  |  |
| 8. | Just How It Is | Nick Mira<br>Jeffery Williams<br>Ultra International Music Publishing<br>Wheezyhitmaker | PA0002224785 | 12.10.2019 | 2019 | Music |

A-2