AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>YSL TOURING LLC, a Georgia limited liability company, JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING LLC, a Georgia limited liability company,<br><br>*Defendant(s)* | Civil Action No. 2:20-CV-11601- VAP (PVCx) |

**FIRST AMENDED SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
 YSL TOURING, LLC, a Georgia limited liability company

 JEFFERY LAMAR WILLIAMS, an individual

 YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Kathleen Jorrie
 Pillsbury Winthrop Shaw Pittman LLP
 725 S. Figueroa Street, Suite 2800
 Los Angeles, CA  90017

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/19/21

*Signature of Clerk or Deputy Clerk*

