Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**PROOF OF PERSONAL SERVICE OF FIRST AMENDED SUMMONS AND FIRST AMENDED COMPLAINT** |

1

1 | Attached hereto as Exhibit A is proof of personal service on Defendant
2 | YOUNG STONER LIFE PUBLISHING, LLC, personally served on March 12, 2021.
3 |
4 | Dated: March 22, 2021    KATHLEEN JORRIE
5 |                          JEFFREY D. WEXLER
  |                          PILLSBURY WINTHROP SHAW PITTMAN LLP
6 |
7 |                            /s/ Kathleen Jorrie
8 |                          Kathleen Jorrie
9 |                          Attorneys for Plaintiff AEG Presents LLC

4822-9208-9058

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-11601-VAP (PVCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Young Stoner Life Publishing LLC
was received by me on *(date)* 03/12/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Christy Drabek, agent at eResidentAgent, Inc., RA , who is designated by law to accept service of process on behalf of *(name of organization)* Young Stoner Life Publishing at 900 Old Roswell Lakes Pkwy, Ste 310, Roswell, GA 2:00p on *(date)* 03/12/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-15-21

*Server's signature*

Antuan Aguirre, Process Server
*Printed name and title*

Express Legal Services LLC
860 Johnson Ferry Road
Atlanta, GA 30342
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: First Amended Summons in a Civil Action, First Amended Complaint for: (1) Breach of Contracts; (2) Specific Performance of Security Agreements; (3) Declaratory Relief; (4) Injunctive Relief; (5) Judicial Foreclosure; (6) Fraudulent Misrepresentation; and (7) Fraudulent Promises Made Without Intent to Perform, Exhibits A - G, Certification and Notice of Interested Parties, Plaintiff AEG Presents LLC's Corporate Disclosure Statement, Notice of Assignment to United States Judges, Notice to Parties of Court - Directed ADR Program, and Standing Order