Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO FILE A RESPONSE TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>First Amended<br>Complaint Served: March 12, 2021<br>Current response date: April 2, 2021<br>New response date: May 2, 2021 |

1

4838-9174-0385

Plaintiff AEG Presents LLC ("Plaintiff") and Defendants YSL Touring LLC and Young Stoner Life Publishing, LLC ("Corporate Defendants") jointly stipulate to extend the time for Corporate Defendants to respond to the first amended complaint from April 2, 2021 to May 2, 2021.

Dated: March 25, 2021

KATHLEEN JORRIE
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Kathleen Jorrie*
Kathleen Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated: March 25, 2021

HAYDEN R. PACE
STOKES WAGNER ALC

/s/ *Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC. Jeffery Lamar Williams and Young Stoner Life Publishing, LLC

ATTESTATION OF COUNSEL

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Kathleen Jorrie*
Kathleen A. Jorrie

4838-9174-0385