STOKES WAGNER, ALC
HAYDEN R. PACE (SBN 219627)
hpace@stokeswagner.com
One Harbor Drive, Suite 211
Sausalito, CA 94965
Telephone: (415) 943-9471
Facsimile: (619) 232-4840

Attorneys for Defendants
YSL Touring LLC, Jeffrey Lamar Williams and
Young Stoner Life Publishing LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff<br><br>v.<br><br>YSL TOURING LLC, a Georgia limited liability company, JEFFREY LAMAR WILLIAMS, an individual, and YOUNG STONER LIFE PUBLISHING LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 20-cv-11601-VAP<br><br>**DEFENDANTS' YSL TOURING, LLC AND YOUNG STONER LIFE PUBLISHING, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1] |

Pursuant to Fed. R. Civ. P. 7.1, Defendants YSL TOURING, LLC, a Georgia limited liability company ("YSL") and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company ("YSLP") provide the following statement:

YSL states that (1) Jeffery Lamar Williams is the sole member of YSL; and (2) no public corporateion owns 10% or more of YSL's stock.

YSLP states that (1) Jeffery Lamar Williams is the sole member of YSLP; and (2) no public corporation owns 10% or more of YSLP's stock.

Dated: May 3, 2021.

Respectfully submitted by:

*/s/ Hayden R. Pace*
Hayden Pace
California Bar No. 219627
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed **DEFENDANTS' YSL TOURING, LLC AND YOUNG STONGER LIFE PUBLISHING, LLC'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Kathleen Jorrie, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017

This 3rd day of May, 2021.

/s/ Hayden R. Pace
Hayden R. Pace
California Bar No. 219627

*Counsel for Defendant*