Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**JOINT REPORT RE EARLY MEETING OF COUNSEL [Fed. R. Civ. P. 26(f) and Local Rule 26-1]** |

1

On June 18, 2021, plaintiff AEG Presents LLC ("AEG") and defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC (collectively, "YSL Defendants") attended an early meeting of counsel pursuant to Fed. R. Civ. P. 26(f) and Rule 26-1 of the Local Rules of the United States District Court for the Central District of California. AEG as plaintiff was represented by Kathleen A. Jorrie of Pillsbury Winthrop Shaw & Pittman LLP. YSL Defendants were represented by Hayden R. Pace of Stokes Wagner ALC.

Pursuant to the Order Setting Scheduling Conference dated May 4, 2021, the parties attach hereto "Exhibit A: Schedule of Pretrial and Trial Dates" with the relevant proposed dates identified thereon.

# I. RULE 26(f)

## A. Timing, Form, or Requirements for Rule 26(a) Disclosures (Fed. R. Civ. P. 26(f)(3)(A)).

The parties agreed to make their initial disclosures by July 1, 2021. The parties do not believe that there should be any changes in the form or requirement for the disclosures.

## B. Discovery Subjects and Phases (Fed. R. Civ. P. 26(f)(3)(B)).

The parties anticipate that discovery will be directed toward the allegations made in the Complaint as well as the responses and defenses raised in the Answer, including in respect of the intentions of YSL Touring LLC and Mr. Williams in entering the subject agreements with AEG and information regarding the collateral pledged by YSL Touring LLC and Mr. Williams.

The parties propose a percipient discovery cut-off date of February 21, 2022.

The parties do not believe that it is necessary for the Court to enter an Order requiring discovery to be conducted in phases or that discovery be limited to or focused upon particular issues. However, the parties plan to coordinate their discovery efforts to ensure that discovery is scheduled in a rational manner.

## C. Issues re Disclosure or Discovery of Electronically Stored Information (Fed. R. Civ. P. 26(f)(3)(C)).

The parties have taken steps to ensure the preservation of their electronically stored information pending resolution of this matter. The parties anticipate that most documents will be produced in .pdf or .tif format, but they reserve their right to request that documents be produced in native format as appropriate. The parties do not request the Court to enter any orders with regard to the form or forms in which electronically stored information should be produced.

## D. Issues re Claims of Privilege or Protection as to Trial Preparation Materials (Fed. R. Civ. P. 26(f)(3)(D)).

The parties do not propose any modification to the procedures set forth in Fed. R. Civ. P. 26(b)(5) for withholding documents based upon the attorney-client privilege or the work product doctrine and for identifying privileged documents that have been inadvertently produced.

## E. Changes or Limitations in Discovery Rules (Fed. R. Civ. P. 26(f)(3)(E)).

The parties do not currently ask the Court to make any changes in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules.

## F. Other Discovery or Scheduling Orders (Fed. R. Civ. P. 26(f)(3)(F)).

The parties anticipate entering into a stipulated protective order governing the dissemination and use of confidential information.

## II. LOCAL RULE 26-1.

### A. Complex Case (Local Rule 26-1(a)).

The parties agree that this case is not sufficiently complex to require use of all or part of the procedures of the Manual For Complex Litigation.

4838-9174-0385

**B.      Motion Schedule (Local Rule 26-1(b)).**

AEG anticipates that it will file a motion for summary judgment or summary adjudication including on the breach of contract claims.

The parties propose a dispositive or partially dispositive motion hearing cutoff date of February 21, 2022.

**C.      Settlement (Local Rule 26-1(c)).**

The parties have engaged in settlement discussions that commenced before the Complaint was filed.  No additional settlement discussions are currently scheduled.  While the parties are unable at this time to estimate the likelihood of settlement, they intend to make their best efforts to reach a mutually agreeable resolution of this matter.

As set forth in the Notice to Parties of Court-Directed ADR Program ("ADR Notice"), the parties understand that selecting a U.S. Magistrate Judge to assist with a settlement conference is not an available option, and they are required to select between using a neutral from the Court Mediation Panel or private mediation.  The parties' preference would have been to seek the assistance of a U.S. Magistrate Judge; however, in respect of the other two options made available pursuant to the ADR Notice, the parties agree that the case is best suited for mediation with a neutral from the Court Mediation Panel and that such mediation should occur before January 10, 2022.  Pursuant to the Order Setting Scheduling Conference dated May 4, 2021, the parties have submitted form ADR 1 no later than seven (7) days before the scheduling conference date.

**D.      Trial Estimate (Local Rule 26-1(d)).**

The parties preliminarily estimate a one-week trial.

The parties propose a trial date of Tuesday, March 22, 2022.

**E.      Additional Parties (Local Rule 26-1(e)).**

The parties do not anticipate that any additional parties will appear.

4838-9174-0385

F. **Expert Witnesses (Local Rule 26-1(f)).**

The parties propose an expert witness discovery cut-off date of February 21, 2022, with initial expert reports due January 10, 2022 and rebuttal expert reports due January 31, 2022.

Dated: July 2, 2021

KATHLEEN JORRIE
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

  /s/ *Kathleen Jorrie*
Kathleen Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated: July 2, 2021

HAYDEN R. PACE
DIANA LERMA
STOKES WAGNER ALC

  /s/ *Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC. Jeffery Lamar Williams and Young Stoner Life Publishing, LLC

4838-9174-0385

EXHIBIT A

SCHEDULE OF PRETRIAL AND TRIAL DATES

Case Name: AEG PRESENTS LLC v. YSL TOURING LLC, et al.

Case No.: 2:20-cv-11601-VAP-PVC

| Matter | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|
| Trial Date (**Tuesday**) Jury ☐ Court ☐ Length: 5 Days | 3/22/2022 | 3/22/2022 | |
| Pretrial Conf., L.R. 16; Hearing on Motions in Limine | 2/21/2022 | 2/21/2022 | |
| Last day to conduct Settlement Conf., L.R. 16-15 | 1/10/2022 | 1/10/2022 | |
| Last day for **hearing** non-discovery motions | 2/21/2022 | 2/21/2022 | |
| All Discovery Cutoff, including hearing all discovery motions | 2/21/2022 | 2/21/2022 | |
| Expert Disclosure (rebuttal) | 1/31/2022 | 1/31/2022 | |
| Expert Disclosure (initial) | 1/10/2022 | 1/10/2022 | |
| Last day to amend pleadings or add parties | 8/1/2021 | 8/1/2021 | |
| Last day for filing motion for class certification (if applicable) | Not applicable | Not applicable | Not applicable |
| Hearing on motion for class certification (if applicable) | Not applicable | Not applicable | Not applicable |

LOCAL RULE 16-15 Settlement Choice:

☐ U.S. Magistrate Judge (#1)

☒ Attorney Settlement Officer Panel (#2)

☐ Outside ADR (#3)

4838-9174-0385