Name, Address and Telephone Number of Attorney(s):
Kathleen Jorrie (SBN121578)
Jeffrey D. Wexler (SBN 132256)
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800, Los Angeles, CA 90017
Tel:  213.488.7100 / kathy.jorrie@pillsburylaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff(s)<br>v.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFREY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC,<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-11601-VAP-PVC<br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case  *or*  the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: July 2, 2021

*/s/ Kathy Jorrie*

Attorney for Plaintiff  AEG Presents LLC

Dated: _____

Attorney for Plaintiff _____

Dated: June __, 2021 / July 2, 2021

*/s/ Hayden R. Pace*
Hayden R. Pace

Attorney for Defendant  YSL Touring LLC, Jeffery Lamar Williams and Young Stoner Life Publishing, LLC

Dated: _____

Attorney for Defendant _____

NOTE:  If additional signatures are required, attach an additional page to this request.