Hayden R. Pace (SBN 219627)
Diana Lerma, (SBN 258442)
STOKES WAGNER, ALC
1 Harbor Drive, Suite 1-211
Sausalito, CA 94965
Tel: (415) 943-9472
hpace@stokeswagner.com
dlerma@stokeswagner.com
Attorneys for Defendants
YSL Touring LLC, Jeffrey Lamar Williams and
Young Stoner Life Publishing LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>YSL TOURING LLC, a Georgia limited liability company, JEFFREY LAMAR WILLIAMS, an individual, and YOUNG STONER LIFE PUBLISHING LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 20-cv-11601-VAP<br><br>**DEFENDANTS NOTICE OF APPEARANCE** |

1
DEFENDANTS NOTICE OF APPEARANCE

COMES NOW [ATTORNEY], Esq. of Stokes Wagner, ALC, and provides notice of appearance of counsel for Defendants' YSL Touring LLC, Jeffrey Lamar Williams and Young Stoner Life Publishing LLC in the above-referenced matter.

Dated: July 19, 2021                    STOKES WAGNER, A.L.C.

                                        By:    /s/ Diana Lerma
                                              DIANA LERMA
                                              *Counsel for Defendants JEFFERY*
                                              *WILLIAMS, YSL TOURING, LLC and*
                                              *YOUNG STONER LIFE PUBLISHING, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021 I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Western District of California by using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Kathleen Jorrie, Esq.

Pillsbury Winthrop Shaw Pittman, LLP

725 S. Figueroa Street, Suite 2800

Los Angeles, CA 90017

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

This 19th day of July, 2021.

>	*/s/ Diana Lerma*
>	Diana Lerma
>	California Bar No. 258442
>	*Counsel for Defendants*