UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-11601-VAP-PVCx | Date | 7/19/2021 |
| Title | *AEG Presents LLC v. YSL Touring LLC, et al.* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Kathleen A. Jorrie   Diana Lerma (video)

**Proceedings:**   SCHEDULING CONFERENCE

Court and counsel confer re case and settlement status. The settlement conference shall be conducted no later than September 30, 2021. The parties shall file a joint report no later than 10 days after the settlement conference regarding the progress of mediation. The parties elect to proceed with Settlement Procedure No. 1, to appear before U.S. Magistrate Judge Pedro V. Castillo.

The trial schedule, motion and discovery cutoff dates will be set forth in a separate Civil Trial Scheduling Order to be filed and served on counsel by the clerk.

*cc:*   *ADR Program*