UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-11601 VAP (PVCx)   Date:  September 14, 2021

Title  AEG Presents LLC v. YSL Touring LLC, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | Zoom 9/14/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Kathleen A. Jorrie | Hayden R. Pace |

**PROCEEDINGS:  SETTLEMENT CONFERENCE HELD AND CONTINUED**

On September 14, 2021, the Court held a video settlement conference in this case. The Court heard from, and discussed the case with, the parties together and individually off the record. The parties are to continue their settlement discussions. The Court sets this matter for a further settlement conference on **Wednesday, September 22, 2021 at 9:00 a.m**. Instructions as to how to join the Zoom Settlement Conference shall be sent to the parties by email.

|  | 06:00 |
|---|---|
| Initials of Preparer | mr |