UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-11601 VAP (PVCx)                                    Date:  September 22, 2021

Title   AEG Presents LLC v. YSL Touring LLC, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | Zoom 9/22/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Kathleen A. Jorrie | Hayden R. Pace |

**PROCEEDINGS:   SETTLEMENT CONFERENCE HELD**

On September 22, 2021, the Court held a continued video settlement conference in this case. The Court heard from, and discussed the case with, the parties together and individually off the record. Despite the good faith efforts of all involved, the parties were unable to resolve their differences and no settlement was reached. The Court thanks both parties and counsel for their efforts and encourages further communications between them.

|  | 04:00 |
|---|---|
| Initials of Preparer | mr |