Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 3600
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES BY FOUR MONTHS; [PROPOSED] ORDER**<br><br>Pre-Trial Conference: March 14, 2022<br>Trial Date:            March 22, 2022 |

1

4894-8020-6338

WHEREAS, the Court on July 20, 2021 filed a Civil Trial Scheduling Order [Dkt. 28] in which it set the following dates:

| Matter | Current Date |
| --- | --- |
| Hearing date to Amend | August 2, 2021 |
| Deadline for Initial Designation of Expert Witnesses | January 3, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | January 15, 2022 |
| Discovery Cut-Off | February 1, 2022 |
| Summary Judgment Motion Hearing Cut-Off | February 14, 2022 at 2:00 p.m. |
| Last Day to Conduct Mediation | September 30, 2021 |
| Pretrial Conference | March 14, 2022 at 2:30 p.m. |
| Jury Trial | March 22, 2022 at 8:30 a.m. |

WHEREAS, on September 14, 2021 and September 22, 2021, plaintiff AEG Presents LLC ("AEG") and defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC (collectively, the "YSL Defendants") attended a video settlement conference before Magistrate Judge Pedro V. Castillo;

WHEREAS, AEG and the YSL Defendants were unable to reach a settlement at the settlement conference, but are continuing to negotiate a potential settlement; and

WHEREAS, AEG and the YSL Defendants agree that a three- to four- month extension of the as-yet-unexpired pretrial and trial dates is appropriate to allow the parties to focus on settlement negotiations of a potential settlement, while deferring discovery and motion practice during such negotiations;

IT IS HEREBY STIPULATED that the Court may continue the pretrial and trial dates as follows:

4894-8020-6338

| Matter | Proposed New Date |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | May 2, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | May 16, 2022 |
| Discovery Cut-Off | June 6, 2022 |
| Summary Judgment Motion Hearing Cut-Off | June 20, 2022 at 2:00 p.m. |
| Pretrial Conference | July 11, 2022 at 2:30 p.m. |
| Jury Trial | July 19, 2022 at 8:30 a.m. |

Dated:  November 9, 2021        KATHLEEN JORRIE
                                JEFFREY D. WEXLER
                                PILLSBURY WINTHROP SHAW PITTMAN LLP


                                  /s/ *Kathleen Jorrie*
                                Kathleen Jorrie
                                Attorneys for Plaintiff AEG Presents LLC

Dated:  November 9, 2021        HAYDEN R. PACE
                                STOKES WAGNER ALC


                                  /s/ *Hayden R. Pace*
                                Hayden R. Pace
                                Attorneys for Defendants YSL Touring LLC. Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC


### ATTESTATION OF COUNSEL

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                  /s/ *Kathleen Jorrie*
                                Kathleen Jorrie

4894-8020-6338