STOKES WAGNER, ALC
HAYDEN R. PACE (SBN 219627)
hpace@stokeswagner.com
One Harbor Drive, Suite 211
Sausalito, CA 94965
Telephone: (415) 943-9471
Facsimile: (619) 232-4840

Attorneys for Defendants
YSL Touring LLC, Jeffery Lamar Williams and
Young Stoner Life Publishing LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company, | Case No. 20-cv-11601-VAP (PVCx) |
| Plaintiff, | **JOINT STIPULATION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER; [PROPOSED] ORDER** |
| v. | |
| YSL TOURING LLC, a Georgia limited liability company, JEFFERY LAMAR WILLIAMS, an individual, and YOUNG STONER LIFE PUBLISHING LLC, a Georgia limited liability company, | |
| Defendants. | |

Plaintiff AEG Presents LLC and Defendants YSL Touring LLC. Jeffery Lamar Williams and Young Stoner Life Publishing, LLC (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, the parties anticipate that they will produce certain information and documents in this matter that are personal or competitively sensitive, including the Parties' confidential financial information that is relevant to liability and damages;

WHEREAS, the Parties have negotiated and agreed to the terms of a proposed Protective Order and Confidentiality Agreement that specifies the conditions under which confidential, proprietary and/or financial documents and information in possession of the parties, and non-parties, must be exchanged, used, maintained and protected in this action, and authorizes the parties to disclose those documents and information in response to discovery requests from other parties; and

WHEREAS, a protective order is justified by Rule 26(c) of the Federal Rules of Civil Procedure and relevant case law and is necessary in order for the parties to obtain relevant and essential discovery;

NOW, THEREFORE, IT IS STIPULATED THAT the Court may enter the proposed Protective Order and Confidentiality Agreement in the form attached hereto.

Dated: February 10, 2022
KATHLEEN JORRIE
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

 /s/ *Kathleen Jorrie*
Kathleen Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated: February 10, 2022

HAYDEN R. PACE
DIANA LERMA
STOKES WAGNER ALC

  /s/ *Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC.
Jeffery Lamar Williams and Young Stoner Life Publishing, LLC

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that the content of this document is acceptable to Hayden R. Pace, counsel for Defendants YSL Touring LLC. Jeffery Lamar Williams and Young Stoner Life Publishing, LLC, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: February 10, 2022

KATHLEEN JORRIE

JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

  /s/ *Kathleen Jorrie*
Kathleen Jorrie
Attorneys for Plaintiff AEG Presents LLC