Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES BY THREE MONTHS; [PROPOSED] ORDER**<br><br>Pre-Trial Conference: July 11, 2022<br>Trial Date:          July 19, 2022 |

1

WHEREAS, the Court on July 20, 2021 filed a Civil Trial Scheduling Order [Dkt. 28] in which it set the following dates:

| Matter | Current Date |
| --- | --- |
| Hearing date to Amend | August 2, 2021 |
| Deadline for Initial Designation of Expert Witnesses | January 3, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | January 15, 2022 |
| Discovery Cut-Off | February 1, 2022 |
| Summary Judgment Motion Hearing Cut-Off | February 14, 2022 at 2:00 p.m. |
| Last Day to Conduct Mediation | September 30, 2021 |
| Pretrial Conference | March 14, 2022 at 2:30 p.m. |
| Jury Trial | March 22, 2022 at 8:30 a.m. |

WHEREAS, on September 14, 2021 and September 22, 2021, plaintiff AEG Presents LLC ("AEG") and defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC (collectively, the "YSL Defendants") attended a video settlement conference before Magistrate Judge Pedro V. Castillo;

WHEREAS, AEG and the YSL Defendants were unable to reach a settlement at the settlement conference, but they continued to negotiate a potential settlement;

WHEREAS, on November 10, 2021, AEG and the YSL Defendants submitted a joint stipulation requesting the Court to grant a three- to four-month extension of the as-yet-unexpired pretrial and trial dates to allow the parties to focus on settlement negotiations of a potential settlement, while deferring discovery and motion practice during such negotiations;

WHEREAS, the Court granted such request in its November 10, 2021 Order Continuing Pre-Trial and Trial Dates by Four Months [Dkt 34] in which it set the following dates:

4886-0173-4171

| Matter | Current Date |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | May 2, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | May 16, 2022 |
| Discovery Cut-Off | June 6, 2022 |
| Summary Judgment Motion Hearing Cut-Off | June 20, 2022 at 2:00 p.m. |
| Pretrial Conference | July 11, 2022 at 2:30 p.m. |
| Jury Trial | July 19, 2022 at 8:30 a.m. |

WHEREAS, AEG and the YSL Defendants are continuing to engage in good faith settlement discussions, and they agree that a three to four-month extension of the as-yet-unexpired pretrial and trial dates is appropriate to allow the parties to focus on settlement negotiations of a potential settlement, while deferring some – but not all – of the discovery and motion practice during such negotiations;

IT IS HEREBY STIPULATED that the Court may continue the pretrial and trial dates as follows:

| Matter | Proposed New Date |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | August 1, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 15, 2022 |
| Discovery Cut-Off | September 6, 2022 |
| Summary Judgment Motion Hearing Cut-Off | September 19, 2022 at 2:00 p.m. |
| Pretrial Conference | October 17, 2022 at 2:30 p.m. |
| Jury Trial | October 25, 2022 at 8:30 a.m. |

/ / /

4886-0173-4171

Dated: April 13, 2022

KATHLEEN JORRIE
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

    */s/ Kathleen Jorrie*
Kathleen Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated: April 13, 2022

HAYDEN R. PACE
STOKES WAGNER ALC

    */s/ Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC

## **ATTESTATION OF COUNSEL**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

    */s/ Kathleen Jorrie*
Kathleen Jorrie

4886-0173-4171