Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL AND TRIAL DATES BY THREE MONTHS**<br><br>Pre-Trial Conference: July 11, 2022<br>Trial Date:            July 19, 2022 |

1

4868-1437-1099

GOOD CAUSE APPEARING, it is ORDERED that the pretrial and trial dates set in the November 10, 2021 Order Continuing Pretrial and Trial Dates by Four Months [Dkt 34] are continued as follows:

| Matter | Date |
| --- | --- |
| Deadline for Initial Designation of Expert Witnesses | August 1, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 15, 2022 |
| Discovery Cut-Off | September 6, 2022 |
| Summary Judgment Motion Hearing Cut-Off | September 19, 2022 at 2:00 p.m. |
| Pretrial Conference | October 17, 2022 at 2:30 p.m. |
| Jury Trial | October 25, 2022 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: April __, 2022

_____
Honorable Virginia A. Phillips
United States District Judge

4868-1437-1099