Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**ORDER CONTINUING PRETRIAL AND TRIAL DATES BY ONE YEAR BASED UPON PENDING CRIMINAL PROCEEDINGS**<br><br>Pre-Trial Conference: October 17, 2022<br>Trial Date:                    October 25, 2022 |

1

4883-2151-4026

GOOD CAUSE APPEARING, it is ORDERED that the pretrial and trial dates set in the April 14, 2022 Order Continuing Pretrial and Trial Dates by Three Months [Dkt 38] are continued as follows:

| Matter | Proposed New Date |
| --- | --- |
| Deadline for Initial Designation of Expert Witnesses | July 31, 2023 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 14, 2023 |
| Discovery Cut-Off | September 5, 2023 |
| Summary Judgment Motion Hearing Cut-Off | September 18, 2023 at 2:00 p.m. |
| Pretrial Conference | October 16, 2023 at 2:30 p.m. |
| Jury Trial | October 24, 2023 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  July 29, 2022

Honorable Virginia A. Phillips
United States District Judge

2

4883-2151-4026