Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES BY ONE YEAR BASED UPON PENDING CRIMINAL PROCEEDINGS; [PROPOSED] ORDER**<br><br>Pre-Trial Conference: October 16, 2023<br>Trial Date:　　　　　October 24, 2023 |

1

4856-1729-7772

WHEREAS, the Court on July 20, 2021 filed a Civil Trial Scheduling Order [Dkt. 28] in which it set the following dates:

| Matter | Date |
|---|---|
| Hearing date to Amend | August 2, 2021 |
| Deadline for Initial Designation of Expert Witnesses | January 3, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | January 15, 2022 |
| Discovery Cut-Off | February 1, 2022 |
| Summary Judgment Motion Hearing Cut-Off | February 14, 2022 at 2:00 p.m. |
| Last Day to Conduct Mediation | September 30, 2021 |
| Pretrial Conference | March 14, 2022 at 2:30 p.m. |
| Jury Trial | March 22, 2022 at 8:30 a.m. |

WHEREAS, on September 14, 2021 and September 22, 2021, plaintiff AEG Presents LLC ("AEG") and defendants YSL Touring LLC, Jeffery Lamar Williams ("Mr. Williams"), and Young Stoner Life Publishing, LLC (collectively, the "YSL Defendants") attended a video settlement conference before Magistrate Judge Pedro V. Castillo;

WHEREAS, AEG and the YSL Defendants were unable to reach a settlement at the settlement conference, but they continued to negotiate a potential settlement;

WHEREAS, on November 10, 2021, AEG and the YSL Defendants submitted a joint stipulation [Dkt. 33] requesting the Court to grant a three- to four-month extension of the as-yet-unexpired pretrial and trial dates to allow the parties to focus on settlement negotiations, while deferring discovery and motion practice during such negotiations;

WHEREAS, the Court granted such request in its November 10, 2021 Order Continuing Pre-Trial and Trial Dates by Four Months [Dkt. 34] in which it set the following dates:

4856-1729-7772

| Matter | Date |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | May 2, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | May 16, 2022 |
| Discovery Cut-Off | June 6, 2022 |
| Summary Judgment Motion Hearing Cut-Off | June 20, 2022 at 2:00 p.m. |
| Pretrial Conference | July 11, 2022 at 2:30 p.m. |
| Jury Trial | July 19, 2022 at 8:30 a.m. |

WHEREAS, on April 13, 2022, AEG and the YSL Defendants submitted a joint stipulation [Dkt. 37] requesting the Court to grant a three-month extension of the as-yet-unexpired pretrial and trial dates to allow the parties to focus on settlement negotiations, while deferring some – but not all – of the discovery and motion practice during such negotiations;

WHEREAS, the Court granted such request in its April 14, 2022 Order Continuing Pre-Trial and Trial Dates by Three Months [Dkt. 38] in which it set the following dates:

| Matter | Date |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | August 1, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 15, 2022 |
| Discovery Cut-Off | September 6, 2022 |
| Summary Judgment Motion Hearing Cut-Off | September 19, 2022 at 2:00 p.m. |
| Pretrial Conference | October 17, 2022 at 2:30 p.m. |
| Jury Trial | October 25, 2022 at 8:30 a.m. |

WHEREAS, on July 27, 2022, AEG and the YSL Defendants submitted a joint stipulation [Dkt. 39] requesting the Court to grant a one-year extension of the as-yet-

3

unexpired pretrial and trial dates because of the pendency of criminal charges against Mr. Williams and his incarceration in connection therewith;

WHEREAS, the Court granted such request in its July 29, 2022 Order Continuing Pre-Trial and Trial Dates by One Year Based Upon Pending Criminal Proceedings [Dkt. 40] in which it set the following dates:

| Matter | Date |
| --- | --- |
| Deadline for Initial Designation of Expert Witnesses | July 31, 2023 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 14, 2023 |
| Discovery Cut-Off | September 5, 2023 |
| Summary Judgment Motion Hearing Cut-Off | September 18, 2023 at 2:00 p.m. |
| Pretrial Conference | October 16, 2023 at 2:30 p.m. |
| Jury Trial | October 24, 2023 at 8:30 a.m. |

WHEREAS, as set forth in the attached Declaration of Brian Steel, criminal defense counsel for Mr. Williams, (a) Mr. Williams is facing criminal charges that went to trial on January 4, 2023, (b) jury selection is continuing, and a jury is expected to be selected by September 2023, (c) once the jury is selected, the trial is expected to last nine months, and (d) Mr. Williams continues to be held in jail without bond;

WHEREAS, Mr. Williams' pending criminal charges and incarceration make impracticable the current pretrial and trial schedule, including discovery; and

WHEREAS, the parties agree that a one-year extension of the as-yet-unexpired pretrial and trial dates is necessary and appropriate because of Mr. Williams' pending criminal charges and incarceration, in light of the current scheduled for Mr. Williams' criminal trial date;

IT IS HEREBY STIPULATED that the Court may continue the pretrial and trial dates as follows:

4856-1729-7772

| Matter | Proposed New Date |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | July 30, 2024 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 13, 2024 |
| Discovery Cut-Off | September 4, 2024 |
| Summary Judgment Motion Hearing Cut-Off | September 17, 2024 at 11:00 a.m. |
| Pretrial Conference | October 15, 2024 at 2:30 p.m. |
| Jury Trial | October 23, 2024 at 8:30 a.m. |

Dated:  June 29, 2023		KATHLEEN JORRIE
					JEFFREY D. WEXLER
					PILLSBURY WINTHROP SHAW PITTMAN LLP


					  /s/ *Kathleen Jorrie*
					Kathleen Jorrie
					Attorneys for Plaintiff AEG Presents LLC

Dated:  June 29, 2023		HAYDEN R. PACE
					STOKES WAGNER ALC


					  /s/ *Hayden R. Pace*
					Hayden R. Pace
					Attorneys for Defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC

### ATTESTATION OF COUNSEL

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

					  /s/ *Kathleen Jorrie*
					Kathleen Jorrie

4856-1729-7772

# EXHIBIT A

## DECLARATION OF BRIAN STEEL

1. My name is Brian Steel. I am over the age of eighteen and competent in all respects to give this Declaration. The facts stated herein are true and based on my personal knowledge.

2. I am currently serving as criminal defense counsel for Jeffery Lamar Williams p/k/a Young Thug.

3. Mr. Williams currently faces criminal charges for which he was arrested on May 9, 2022.

4. Mr. Williams continues to be held in jail without bond.

5. Trial commenced on the claims against Mr. Williams on January 4, 2023.

6. Approximately 1,900 jurors have participated in the jury selection process to date, and the defense has 25-50 motions still pending.

7. A jury is expected to be selected by September 2023.

8. Once we have a jury, the trial is estimated to last nine months.

Pursuant to 28 U.S.C. § 1786, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2023 in Atlanta, Georgia.

DocuSigned by:
*Brian Steel*
FCE64F38A0DA415...

Brian Steel