Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-VAP-PVC<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL AND TRIAL DATES BY ONE YEAR BASED UPON PENDING CRIMINAL PROCEEDINGS**<br><br>Pre-Trial Conference: October 16, 2023<br>Trial Date: October 24, 2023 |

1

4872-6185-8156

GOOD CAUSE APPEARING, it is ORDERED that the pretrial and trial dates set in the July 29, 2022 Order Continuing Pretrial and Trial Dates by One Year Based Upon Pending Criminal Proceedings [Dkt 40] are continued as follows:

| Matter | Proposed New Date |
| --- | --- |
| Deadline for Initial Designation of Expert Witnesses | July 30, 2024 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 13, 2024 |
| Discovery Cut-Off | September 4, 2024 |
| Summary Judgment Motion Hearing Cut-Off | September 17, 2024 at 11:00 a.m. |
| Pretrial Conference | October 15, 2024 at 2:30 p.m. |
| Jury Trial | October 23, 2024 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: _____ \_\_, 2023

_____
Honorable Virginia A. Phillips
United States District Judge

4872-6185-8156