# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11601 PA (PVCx) | Date | February 9, 2024 |
|---|---|---|---|
| Title | AEG Presents LLC v. YSL Touring LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS

    This action has been reassigned to this Court. The Court has modified the existing pretrial and trial dates consistent with its standard schedule, including advancing the first day of trial from Wednesday, October 23, 2024, to Tuesday, October 22, 2024. Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order. The dates set by the Court are firm dates. The Court notes that this action has been pending for over three years and has already been continued several times. Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates.

    The Court notes that the parties estimate that trial will consume one week. It is the Court's practice to impose limits on the length of civil trials. Based on the Court's current understanding of this action, the parties are unlikely to have as much time to try this case as they appear to anticipate.

    IT IS SO ORDERED.

Schedule of Trial and Pretrial Dates

| CASE NO.: | CV 20-11601 |
|---|---|

| **PARTIES:** | **AEG Presents LLC** |
|---|---|
| | -v- |
| | **YSL Touring LLC, et al.** |
| **COMPLAINT FILED:** | 12/23/20 |

| **TRIAL TYPE:** | Jury |
|---|---|

SETTLEMENT CHOICE:
Court/Magistrate　　　　　X
Court's Mediation Panel
Private Dispute Resolution
Judicial Settlement Panel

| **DATE** | **MATTER** |
|---|---|
| **10/22/24** | Jury Trial at 9:00 a.m. |
| **10/17/24** | File Final Trial Exhibit Stipulation |
| **10/07/24** | Hearing on Motions in Limine at 1:30 p.m.<br>Hearing on Disputed Jury Instructions at 1:30 p.m. |
| **09/20/24** | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| **09/06/24** | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| **08/26/24** | Last Date to Conduct Settlement Conference |
| **08/19/24** | Last Day for Hearing Motions |
| **08/12/24** | Discovery Cut-off |
| **10/11/21** | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |