KATHLEEN A. JORRIE (121578)
JEFFREY D. WEXLER (132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
jeffrey.wexler@pillsburylaw.com
725 South Figueroa Street, Suite 3600
Los Angeles, CA 90017-5524
Telephone:  213.488.7100
Facsimile:   213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

Hayden R. Pace (SBN 219627)
STOKES WALKER, ALC
One Harbor Drive, Suite 211
Sausalito, CA 94965
Telephone: 415.943.9471
Facsimile: 619.232.4840
hpace@stokeswagner.com

Attorney for Defendants Jeffery Lamar Williams,
YSL Touring LLC, and Young Stoner Life Publishing, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-CV-11601-PA (PVCX)<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE [DKT. 45]**<br><br>Pre-Trial Conf.: September 20, 2024<br><br>Trial Date:  October 22, 2024 |

Plaintiff AEG Presents LLC ("AEG Presents") and defendants Jeffery Lamar Williams ("Mr. Williams"), YSL Touring LLC ("YSL"), and Young Stoner Life Publishing, LLC ("YSLP") respectfully respond as follows to the Court's February 9,

1

1  2024 Order [Dkt. 45] asking the parties to show cause why this action should not be
2  dismissed without prejudice for lack of subject matter jurisdiction.  As shown below,
3  the Court has subject matter jurisdiction over the action because there is complete
4  diversity between plaintiff and the three defendants.

5        First, Mr. Williams is a citizen of Georgia because he is domiciled in Georgia,
6  which is the place that he resides with the intent to remain or to which he intends to
7  return.  *See Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).
8  Mr. Williams was born in Georgia and has resided in Georgia for most of his life.  As
9  of December 23, 2020, the date when AEG Presents filed its original Complaint [Dkt.
10 1], Mr. Williams was a resident of Georgia.  Mr. Williams resided in Georgia as of
11 May 9, 2022, the date that he was arrested on various criminal charges.  Since his
12 arrest, Mr. Williams has continued to reside in Georgia (in jail in Cobb County,
13 Georgia); his criminal trial on state RICO charges commenced on January 4, 2023 in
14 Fulton County, Georgia and may continue for another year.  Accordingly,
15 Mr. Williams is domiciled in Georgia and is therefore a citizen of Georgia.  Because
16 Mr. Williams is the sole member of YSL and YSLP, those defendants are also citizens
17 of Georgia for purposes of diversity jurisdiction.  *See Johnson v. Columbia Props.*
18 *Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

19       Second, Anschutz Entertainment Group, Inc. ("Anschutz Entertainment") has
20 its principal place of business in Los Angeles, California.  Accordingly, Anschutz
21 Entertainment is a citizen of not only Colorado – where it is incorporated – but also of
22 California – where it has its principal place of business.  *See* 28 U.S.C. § 1332(c)(1).
23 That makes plaintiff AEG Presents a citizen of Colorado and California – the states of
24 which its sole member Anschutz Entertainment is a citizen, *see Johnson*, 437 F.3d at
25 899, as well as of Delaware – its state of formation.

26       For these reasons, there is complete diversity of citizenship between plaintiff
27 AEG Presents (which is a citizen of Colorado, California, and Delaware) and
28 defendants Mr. Williams, YSL, and YSLP (each of whom or which is a citizen of

Georgia) and such complete diversity existed when AEG filed its original Complaint [Dkt. 1][1]. Both the original Complaint [Dkt. 1] and the First Amended Complaint [Dkt. 10] alleges damages well in excess of $75,000. *See* Dkt. 10, ¶¶ 13, 34. Because there is complete diversity of citizenship between plaintiff and defendants and the amount in controversy exceeds $75,000, the Court has diversity jurisdiction under 28 U.S.C. § 1332.

Therefore, the parties respectfully ask the Court to discharge the Order to Show Cause and to find that this action should not be dismissed without prejudice for lack of subject matter jurisdiction.

Dated: February 20, 2024

KATHLEEN A. JORRIE
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

   /s/ *Kathleen A. Jorrie*
Kathleen A. Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated: February 20, 2024

HAYDEN R. PACE
STOKES WAGNER ALC

   /s/ *Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC

---

[1] "[D]iversity of citizenship is assessed at the time the action is filed." *Freeport-McMoran Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991). *See generally* 13E Wright & Miller, *Fed. Practice & Procedure: Civil*, § 3608 at 340 ("It has long been hornbook law, applied by courts at all levels of the federal judicial throughout the nation, that whether federal diversity of citizenship jurisdiction exists is determined by examining the citizenship of the parties at the time the action is commenced by filing the complaint with the court as prescribed by Federal Rule of Civil Procedure 3.").

3

## ATTESTATION OF COUNSEL

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

       /s/ *Kathleen A. Jorrie*
       Kathleen A. Jorrie