UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11601 PA (PVCx) | Date | February 20, 2024 |
|---|---|---|---|
| Title | AEG Presents LLC v. YSL Touring LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

The Court has reviewed the parties' Response to the Court's February 9, 2024 Order to Show Cause regarding the Court's subject matter jurisdiction. The Court discharges the Order to Show Cause.

IT IS SO ORDERED.