

FILED
CLERK, U.S. DISTRICT COURT
February 23, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MÓNICA RAMÍREZ ALMADANI | ORDER OF THE CHIEF JUDGE<br><br>24-018 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Percy Anderson to the calendar of Judge Mónica Ramírez Almadani:

| | |
|---|---|
| 2:20-cv-11601-PA-PVCx | AEG Presents LLC v. YSL Touring LLC et al. |
| 2:22-cv-07074-PA-SSC | Jose Phillip Aguirre v. Jim Robertson |
| 2:22-cv-07422-PA-JCx | Gisela Alvarez et al. v. American Honda Motor Co., Inc. et al. |
| 2:23-cv-06881-PA-Ex | Charles E. Williams et al. v. City of Los Angeles et al. |
| 2:23-cv-07801-PA-MAAx | Christopher Loukatos v. Standard Insurance Company |
| 2:23-cv-09216-PA-JDEx | Andy Stone et al v. Mariah Carey et al. |
| 2:23-cv-09969-PA-PDx | Noe Prieto v. United States of America |
| 2:23-cv-10474-PA-MARx | Keya Morgan v. County of Los Angeles District Attorneys Office et al. |
| 2:23-cv-10868-PA-BFM | Anain Ayala Torres v. Warden Birkholz |
| 2:24-cv-00257-PA-JPRx | Jose Valenzuela v. Everi Games Inc. et al. |
| 2:24-cv-00339-PA-JPRx | Darby Quezada et al v. United Airlines, Inc. et al. |
| 2:24-cv-00860-PA-JCx | Lamar Myers v. LB Beadels, LLC et al. |
| 2:24-cv-01108-PA-SKx | Warren Eugene Ingram v. Epione Medical Corporation |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani                                                                 2

| 8:23-cv-02059-PA-JDEx | Zhuhai Dingfu Phase I Industrial Energy Conservation Investment Fund, LP v. Phillip Liang Zhang et al. |

    On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024

                                                    Chief Judge Philip S. Gutierrez