Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 3600
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

Hayden R. Pace (SBN 219627)
STOKES WALKER, ALC
One Harbor Drive, Suite 211
Sausalito, CA 94965
Telephone: 415.943.9471
Facsimile: 619.232.4840
hpace@stokeswagner.com

Attorney for Defendants Jeffery Lamar Williams, YSL Touring LLC, and Young Stoner Life Publishing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-MRA (PVCx)<br><br>**JOINT REQUEST FOR TELEPHONIC SCHEDULING CONFERENCE HEARING PURSUANT TO REASSIGNMENT ORDER [Dkt. 51]** |

Pursuant to the Court's February 27, 2024 Reassignment Order [Dkt. 51], plaintiff AEG Presents LLC ("AEG") and defendants YSL Touring LLC, Jeffery Lamar Williams ("Mr. Williams"), and Young Stoner Life Publishing, LLC

1

(collectively, the "YSL Defendants") respectfully submit this Joint Request For Telephonic Scheduling Conference Hearing.

Proceedings in this case have been delayed since July 2022 because of the pendency of criminal charges against Mr. Williams and his incarceration in connection therewith. Mr. Williams' criminal trial in state court in Georgia commenced on January 4, 2023 with jury selection; opening statements began on approximately November 27, 2023, and the trial could go into 2025. The parties agree that the current pretrial and trial dates should be continued, and that there is an immediate need for a telephonic scheduling conference to discuss such a continuance. The parties therefore respectfully request the Court to schedule a telephonic scheduling conference hearing.

The parties shall file a Joint Case Management Statement pursuant to the Reassignment Order (Dkt.51) within 15 days of the Reassignment Order as required by such Reassignment Order.

Dated: March 5, 2024

KATHLEEN JORRIE
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP

  /s/ *Kathleen Jorrie*
Kathleen Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated: March 5, 2024

HAYDEN R. PACE
STOKES WAGNER ALC

  /s/ *Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC. Jeffery Lamar Williams and Young Stoner Life Publishing, LLC

4856-0958-7627

Docket No. 2:20-cv-11601-MRA (PVCx)

<u>PROOF OF SERVICE</u>

I am employed in the City of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Pillsbury Winthrop Shaw Pittman LLP, 725 South Figueroa Street, 36th Floor, Los Angeles, CA 90017-5524. On October 4, 2021, I served the document titled **JOINT REQUEST FOR TELEPHONIC SCHEDULING CONFERENCE HEARING PURSUANT TO REASSIGNMENT ORDER [Dkt. 51]** on the parties in this action as follows:

>   Hayden R. Pace, Esq.
>   Diana Lerma, Esq.
>   STOKES WAGNER, ALC
>   One Harbor Drive, Suite 211
>   Sausalito, CA 94965
>   Email:  hpace@stokeswagner.com
>   dlerma@stokeswagner.com

☒   **(BY EMAIL TRANSMISSION)** The above-referenced document was transmitted via electronic transmission to the person(s) at the electronic-email addresses indicated above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March, 2024, at Los Angeles, California.

*/s/ Alyssa Calderon*
Alyssa Calderon

4873-0657-7835.v1