Kathleen Jorrie (SBN 121578)
Jeffrey D. Wexler (SBN 132256)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

Hayden R. Pace (SBN 219627)
STOKES WALKER, ALC
One Harbor Drive, Suite 211
Sausalito, CA 94965
Telephone: 415.943.9471
Facsimile: 619.232.4840
hpace@stokeswagner.com

Attorney for Defendants Jeffery Lamar Williams, YSL Touring LLC, and Young Stoner Life Publishing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-MRA (PVCx)<br><br>**JOINT REPORT WITH DETAILED DISCOVERY PLAN AND PROPOSED DEADLINES**<br><br>Pre-Trial Conf.: November 7, 2024<br>Trial Date:     None Set |

1

Pursuant to the Court's Order at the April 18, 2024 Status Conference, plaintiff AEG Presents LLC ("AEG") and defendants YSL Touring LLC, Jeffery Lamar Williams ("Mr. Williams"), and Young Stoner Life Publishing, LLC (collectively, the "YSL Defendants") respectfully submit this Joint Report providing a detailed discovery plan and proposed deadlines.  As discussed below, the parties have met and conferred and agreed upon a phased discovery plan that provides initially for discovery from third-party witnesses with an eye towards reducing the burden on Defendants to produce discovery to the extent the parties are able to secure information and documents through third-party witnesses, and for stipulations that are intended to reduce the need for document production by, and depositions of, Defendants and AEG.  The proposed schedule would extend the discovery cutoff date and other dates by about four months.

The current deadlines are those set by the Court's April 1, 2024 Order re: Modifying Pretrial Schedule After Case Reassignment and Setting Scheduling Conference [Dkt. 54]:

| Final Pretrial Conference (3:00 p.m.) | November 7, 2024 |
|---|---|
| Opposition to Motions in Limine Filing Deadline | October 17, 2024 |
| Motions in Limine Filing Deadline | October 10, 2024 |
| Last Date to HEAR motions | September 26, 2024 |
| Settlement Conference Completion Date | August 29, 2024 (unchanged) [Magistrate Judge] |
| Discovery Cut-Off | August 12, 2024 (unchanged) |
| Scheduling Conference (11:00 a.m.) | April 18, 2024 |
| *Last Date to HEAR Motions to Amend Pleadings/Add Parties* | *October 11, 2021* |

The parties have met and conferred to discuss how best to move discovery along, taking into account the effect of the pendency of Mr. Williams' criminal trial upon Defendants' ability to produce documents and attend depositions.  The parties

4864-1185-9127

agree that the best approach at this point would be for AEG to serve subpoenas for document production on various third parties who represent or have had dealings with Defendants (the "Third-Party Witnesses") and, as necessary, to take depositions of the Third-Party Witnesses. The Third-Party Witnesses include: (1) NKSFB, LLC; (2) Granderson Des Rochers LLP; (3) United Talent Agency, LLC; (4) Kobalt Music Publishing America, Inc.; and (5) Reservoir Media Management, Inc.

AEG will arrange for subpoenas for document production to be served on each of the above-referenced Third-Party Witnesses by May 7, 2024, setting the scheduled document production for no later than June 30, 2024. To the extent the Third-Party Witnesses object to the production of the records requested, the parties shall reasonably cooperate with each other to encourage such witnesses to produce all relevant, responsive documents. AEG reserves the right to file motions to compel the production of records by any Third-Party Witnesses if necessary.

Following the production of documents by the Third-Party Witnesses, counsel for the parties will meet and confer: (1) to seek to reach agreement as to the authenticity of the documents produced by the Third-Party Witnesses and previously produced by Defendants; (2) to discuss the need to take depositions of any of the Third-Party Witnesses and to agree upon the schedule and location for such depositions; and (3) to identify documents that Defendants need not produce because such documents have been produced by the Third-Party Witnesses.

Following the meet-and-confer process, AEG will notice the deposition of Third-Party Witnesses as needed, setting those depositions for no later than August 30, 2024. To the extent possible in light of the status of Mr. Williams' criminal trial, Defendants will by September 30, 2024 produce responsive, nonprivileged documents in their possession, custody, or control that have not been produced by a Third-Party Witness or previously produced by Defendants.

After the completion of any depositions of Third-Party Witnesses and the production of records by Defendants, the parties will meet and confer to discuss:

(1) Defendants' need to take AEG's deposition and AEG's need to take Defendants' depositions; and (2) whether the scope of such depositions can be limited in light of the documents produced by Third-Party Witnesses, any stipulations entered into by the parties concerning the authenticity of documents, and any deposition testimony of Third-Party Witnesses.  The parties will also seek to enter into factual stipulations that may obviate the need for – or scope of – depositions of witnesses affiliated with Defendants or AEG.  AEG and Defendants will notice depositions of party-affiliated witnesses to be completed by November 15, 2024.  AEG and Defendants will cooperate in any discovery motions and will seek to have any such motions heard by the Court prior to the discovery cut-off.

In the event of any developments in Mr. Williams' criminal trial that may impact his ability to attend trial or participate in discovery, Defendants shall notify AEG, and the parties shall jointly apprise the Court of such developments.  The parties shall update the Court regarding the status of discovery and any material developments in Mr. Williams' criminal trial at the August 15, 2024 status conference.

The parties ask the Court to schedule an additional status conference for early December 2024 so that the parties can discuss the status of Mr. Williams' criminal trial and, in particular, whether it might be necessary to continue the discovery cutoff date and other dates to facilitate Defendants' depositions.

Accordingly, the parties propose the following schedule:

| | |
|---|---|
| Final Pretrial Conference (3:00 p.m.) | March 6, 2025 |
| Opposition to Motions in Limine Filing Deadline | February 28, 2025 |
| Motions in Limine Filing Deadline | February 21, 2025 |
| Last Date to HEAR motions | January 24, 2025 |
| Settlement Conference Completion Date | August 29, 2024 (unchanged) [Magistrate Judge] |
| Discovery Cut-Off | December 12, 2024 |

4864-1185-9127

| Status Conference (11:00 a.m.) | December 5, 2024 |
|---|---|
| *Last Date to HEAR Motions to Amend Pleadings/Add Parties* | October 11, 2021 |

Dated: April 26, 2024  KATHLEEN JORRIE
JEFFREY D. WEXLER
PILLSBURY WINTHROP SHAW PITTMAN LLP


      */s/ Kathleen Jorrie*
Kathleen Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated: April 26, 2024  HAYDEN R. PACE
STOKES WAGNER ALC


      */s/ Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC

## **ATTESTATION OF COUNSEL**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

      */s/ Kathleen Jorrie*
Kathleen Jorrie

4864-1185-9127