UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-11601-MRA-PVC | Date | May 3, 2024 |
|---|---|---|---|
| Title | AEG Presents LLC v. YSL Touring LLC et al | | |

| Present: The Honorable | MÓNICA RAMÍREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: MODIFYING PRETRIAL SCHEDULE

After this case was reassigned, the parties submitted a Joint Case Management Statement, which set forth a request for the Court to continue the pretrial dates in this matter given the pretrial detention of Defendant Mr. Williams in Georgia in an unrelated case. ECF 53. The Court declined to continue the pretrial dates and issued a Modified Pretrial Schedule on April 1, 2024. ECF 54. The Court also granted the parties request for a Scheduling Conference. *Id.* The Scheduling Conference was held on April 18, 2024, after which the Court ordered the parties to file a Joint Report containing a detailed discovery plan and new proposed pretrial deadlines. ECF 56. On April 26, 2024, the parties submitted their Joint Report. ECF 57.

Having considered the Joint Report, which explains the efforts the parties shall take to prosecute the case, which has been pending for over three years, the Court finds good cause to modify the April 1, 2024, Scheduling Order. In particular, the Court grants the parties' request to extend the discovery cutoff dates and hold a status conference. However, given the Court's own preferred schedule, the Court hereby sets the following dates for the final pretrial conference and deadline to hear motions:

//

//

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-11601-MRA-PVC | Date | May 3, 2024 |
|---|---|---|---|
| Title | AEG Presents LLC v. YSL Touring LLC et al | | |


| | |
|---|---|
| Final Pretrial Conference (3:00 p.m.) | March 20, 2025 |
| Opposition to Motions in Limine Filing Deadline | February 28, 2025 |
| Motions in Limine Filing Deadline | February 21, 2025 |
| Last Date to **_HEAR_** Motions (see Procedures page for Rule 56 Motion Deadlines) | January 23, 2025 |
| Settlement Conference Completion Date | August 29, 2024 (unchanged) [Magistrate Judge] |
| Discovery Cut-Off | December 12, 2024 |
| Status Conference (10:30 a.m.) | December 5, 2024 |

No further extensions absent good cause and extraordinary circumstances shall be granted.   IT IS SO ORDERED.

                                                                                              -    :    -

Initials of Deputy Clerk     gga