Kathleen Jorrie (SBN 121578)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com
jeffrey.wexler@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

Hayden R. Pace (SBN 219627)
STOKES WALKER, ALC
One Harbor Drive, Suite 211
Sausalito, CA 94965
Telephone: 415.943.9471
Facsimile: 619.232.4840
hpace@stokeswagner.com

Attorney for Defendants Jeffery Lamar Williams, YSL Touring LLC, and Young Stoner Life Publishing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-MRA (PVCx)<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE PRETRIAL DATES BY SIX MONTHS; [PROPOSED] ORDER**<br><br>Status Conf.:   December 19, 2024<br>Time:            1:30 p.m.<br><br>Pre-Trial Conf.: March 20, 2025<br>Trial Date:      None set |

1

4863-2155-7496

**JOINT STATUS REPORT**

Plaintiff AEG Presents LLC ("AEG") and defendants YSL Touring LLC, Jeffery Lamar Williams ("Mr. Williams"), and Young Stoner Life Publishing, LLC ("YSLP") (collectively, "Defendants") respectfully submit this draft Joint Status Report to apprise the Court of recent developments in this matter, in advance of the Status Conference currently scheduled for December 19, 2024.[1]

First, discovery and other proceedings in this action have been hampered for more than two years by reason of Mr. Williams' incarceration commencing in early 2022 on criminal charges that were filed against him in Georgia state court and a trial that commenced in January 2023. On October 31, 2024, Mr. Williams accepted a plea deal. The terms of Mr. Williams' probation will not require any further prison time but will allow him to serve 15 years' probation outside prison as long as he complies with certain conditions, one of which is that he must move out of Georgia. Defendants anticipate that it may take as long as three months for Mr. Williams to move, to become reacclimated to life outside of prison, and to re-establish his relationship with his counsel and outside advisors so that he and the other Defendants can participate fully and meaningfully in this action.

So long as Mr. Williams does not violate the terms of his probation, his criminal proceedings should no longer affect the parties' ability to complete discovery and motion practice, or to bring the case to trial, after the three-month period identified above. Defendants were largely unable to participate in discovery during Mr. Williams' incarceration, and the parties are requesting in the below stipulation to postpone the discovery cut-off so that they may complete their discovery. AEG has noticed the deposition of Mr. Williams for December 2, 2024, and the Rule 30(b)(6) depositions of YSL, YSLP, Defendants' corporate counsel, and Defendants' business management firm for the week of December 2, 2024. AEG previously served

---

[1] The parties respectfully suggest that in light of this report the Court continue the upcoming status conference to February 6, 2025.

4863-2155-7496

document subpoenas on Defendants' corporate counsel and business management firm, which have together produced thousands of pages of documents.  The parties are working together collaboratively to schedule those depositions, but Defendants would prefer that those depositions not go forward until January 2025 at the earliest, for the reasons set forth above, and Plaintiff would like to postpone the taking of such depositions until it receives documents in response to the 15 document subpoenas that it served on third-party witnesses, as is explained below.

Second, following the procedures agreed upon by the parties in the Joint Report with Detailed Discovery Plan and Proposed Deadlines [Dkt. 57] filed on April 26, 2024, AEG in May 2024 served subpoenas for document production on various third parties who represent or have had dealings with Defendants.  Through documents produced by certain third parties in response to those subpoenas between June and September 2024, AEG learned that the majority of the copyrights that are the subject of its foreclosure claim in this Action were purportedly transferred by Mr. Williams and YSLP to third parties after this Action was filed.[2]

After learning of this initial transfer, AEG determined, based on publicly available information, that the transferee of such copyrights sold the copyrights to a third party in late 2021.  At this time, it is unclear which specific entities now own interests in such copyrights or which entities have received payments associated with such copyrights.  In an effort to identify the current owners of the copyrights, AEG has performed extensive research through publicly available databases, and it has served subpoenas for document production on 15 third parties who should have documents of relevance to these issues.  Those subpoenas request document

---

[2] Plaintiff contends that the produced documents show: (1) in 2021, after this lawsuit was filed, Williams received more than $16,000,000 from the sale of copyrights associated with more than 400 compositions that are the subject of AEG's claims in this Action, which seek to foreclose on such compositions based on a lien granted by Williams; and (2) Williams represented and warranted to the buyer that the compositions were free and clear of any liens and were not the subject of any pending lawsuit.

1  production during the last week of November 2024.  Based on the documents to be
2  produced by those entities, AEG will determine whether to proceed against some or
3  all of the collateral in this action as against Defendants, to seek leave of Court to
4  include claims against new parties with regard to such collateral, or to take steps
5  outside this lawsuit with regard to such collateral.
6       Based upon the foregoing, the parties are submitting the below stipulation
7  asking the Court to continue all unexpired pretrial dates by six months and to set a
8  new deadline by which AEG may seek leave of Court to amend its Complaint further
9  to include possible new claims and new parties based on the recently discovered sale
10 of copyrights that are the subject of this Action.

## STIPULATION

WHEREAS, the Court on July 20, 2021 filed a Civil Trial Scheduling Order [Dkt. 28] in which it set the following dates:

| Matter | Date |
|---|---|
| Hearing date to Amend | August 2, 2021 |
| Deadline for Initial Designation of Expert Witnesses | January 3, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | January 15, 2022 |
| Discovery Cut-Off | February 1, 2022 |
| Summary Judgment Motion Hearing Cut-Off | February 14, 2022 at 2:00 p.m. |
| Last Day to Conduct Mediation | September 30, 2021 |
| Pretrial Conference | March 14, 2022 at 2:30 p.m. |
| Jury Trial | March 22, 2022 at 8:30 a.m. |

WHEREAS, on September 14, 2021 and September 22, 2021, AEG and Defendants attended a video settlement conference before Magistrate Judge Pedro V. Castillo;

WHEREAS, AEG and Defendants were unable to reach a settlement at the settlement conference, but they continued to negotiate a potential settlement;

WHEREAS, on November 10, 2021, AEG and Defendants submitted a joint stipulation [Dkt. 33] requesting the Court to grant a three- to four-month extension of the as-yet-unexpired pretrial and trial dates to allow the parties to focus on settlement negotiations, while deferring discovery and motion practice during such negotiations;

WHEREAS, the Court granted such request in its November 10, 2021 Order Continuing Pre-Trial and Trial Dates by Four Months [Dkt. 34] in which it set the following dates:

| Matter | Date |
| --- | --- |
| Deadline for Initial Designation of Expert Witnesses | May 2, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | May 16, 2022 |
| Discovery Cut-Off | June 6, 2022 |
| Summary Judgment Motion Hearing Cut-Off | June 20, 2022 at 2:00 p.m. |
| Pretrial Conference | July 11, 2022 at 2:30 p.m. |
| Jury Trial | July 19, 2022 at 8:30 a.m. |

WHEREAS, on April 13, 2022, AEG and Defendants submitted a joint stipulation [Dkt. 37] requesting the Court to grant a three-month extension of the as-yet-unexpired pretrial and trial dates to allow the parties to focus on settlement negotiations, while deferring some – but not all – of the discovery and motion practice during such negotiations;

WHEREAS, the Court granted such request in its April 14, 2022 Order Continuing Pre-Trial and Trial Dates by Three Months [Dkt. 38] in which it set the following dates:

4863-2155-7496

| Matter | Date |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | August 1, 2022 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 15, 2022 |
| Discovery Cut-Off | September 6, 2022 |
| Summary Judgment Motion Hearing Cut-Off | September 19, 2022 at 2:00 p.m. |
| Pretrial Conference | October 17, 2022 at 2:30 p.m. |
| Jury Trial | October 25, 2022 at 8:30 a.m. |

WHEREAS, on July 27, 2022, AEG and Defendants submitted a joint stipulation [Dkt. 39] requesting the Court to grant a one-year extension of the as-yet-unexpired pretrial and trial dates because of the pendency of criminal charges against Mr. Williams and his incarceration in connection therewith, as set forth in a declaration from Mr. Williams' criminal defense counsel;

WHEREAS, the Court granted such request in its July 29, 2022 Order Continuing Pre-Trial and Trial Dates by One Year Based Upon Pending Criminal Proceedings [Dkt. 40] in which it set the following dates:

| Matter | Date |
|---|---|
| Deadline for Initial Designation of Expert Witnesses | July 31, 2023 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 14, 2023 |
| Discovery Cut-Off | September 5, 2023 |
| Summary Judgment Motion Hearing Cut-Off | September 18, 2023 at 2:00 p.m. |
| Pretrial Conference | October 16, 2023 at 2:30 p.m. |
| Jury Trial | October 24, 2023 at 8:30 a.m. |

WHEREAS, on June 29, 2023, AEG and Defendants submitted a joint stipulation [Dkt. 41] requesting the Court to grant a one-year extension of the as-yet-

unexpired pretrial and trial dates because, as set forth in a declaration from Mr. Williams' criminal defense counsel, (a) Mr. Williams was facing criminal charges that went to trial on January 4, 2023, (b) jury selection was continuing, and a jury was expected to be selected by September 2023, (c) once the jury is selected, the trial was expected to last nine months, and (d) Mr. Williams continued to be held in jail without bond;

WHEREAS, the Court granted such request in its July 5, 2023 Order Continuing Pre-Trial and Trial Dates by One Year Based Upon Pending Criminal Proceedings [Dkt. 42] in which it set the following dates:

| Matter | Date |
| --- | --- |
| Deadline for Initial Designation of Expert Witnesses | July 30, 2024 |
| Deadline for Designation of Rebuttal Expert Witnesses | August 13, 2024 |
| Discovery Cut-Off | September 4, 2024 |
| Summary Judgment Motion Hearing Cut-Off | September 17, 2024 at 11:00 a.m. |
| Pretrial Conference | October 15, 2024 at 2:30 p.m. |
| Jury Trial | October 23, 2024 at 8:30 a.m. |

WHEREAS, this case was reassigned to the Honorable Percy Anderson in a February 8, 2024 Notice of Reassignment of Case Due to Unavailability of Judicial Officer [Dkt. 43];

WHEREAS, in a February 9, 2024 Minute Order [Dkt. 46], the Court modified the pretrial and trial schedule as follows:

| Date | Matter |
| --- | --- |
| 10/22/24 | Jury Trial at 9:00 a.m. |
| 10/17/24 | File Final Trial Exhibit Stipulation |
| 10/07/24 | Hearing on Motions in Limine at 1:30 p.m. Hearing on Disputed Jury Instructions at 1:30 p.m. |
| 09/20/24 | Final Pretrial Conference at 1:30 p.m. Motions in Limine to be Filed |

|          | Proposed Voir Dire Questions & Agreed-to Statement of Case |
|----------|---|
| 09/06/24 | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| 08/26/24 | Last Date to Conduct Settlement Conference |
| 08/19/24 | Last Day for Hearing Motions |
| 08/12/24 | Discovery Cut-off |
| 10/11/21 | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |

WHEREAS, in an Order of the Chief Judge [Dkt. 50] filed on February 23, 2024, this case was transferred from the calendar of the Honorable Percy Anderson to the calendar of the Honorable Mónica Ramírez Almadani;

WHEREAS, in an Order Modifying Pretrial Schedule [Dkt. 58] filed on May 3, 2024, the Court set the following deadlines based upon the parties' request in a Joint Report [Dkt. 57] filed on April 26, 2024:

| Final Pretrial Conference (3:00 p.m.) | March 20, 2025 |
|---|---|
| Opposition to Motions in Limine Filing Deadline | February 28, 2025 |
| Motions in Limine Filing Deadline | February 21, 2025 |
| Last Date to **_HEAR_** Motions (see Procedures page for Rule 56 Motion Deadlines) | January 23, 2025 |
| Settlement Conference Completion Date | August 28, 2024 (unchanged) [Magistrate Judge] |
| Discovery Cut-Off | December 12, 2024 |
| Status Conference (10:30 a.m.) | December 5, 2024 |

WHEREAS, in a September 6, 2024 Minute Order [Dkt. 61], the Court (1) continued the Status Conference from December 5, 2024 to December 19, 2024 at 1:30 p.m., and (2) stated that "if the parties seek to continue other dates set in the Modified Scheduling Order [58], the parties shall formally file a stipulation to

8

continue pretrial dates, establishing good cause, in accordance with this Court's procedures";

WHEREAS, while the first two continuances of pretrial and trial dates for a total of seven months were based on the parties' request that the Court continue such dates to allow the parties to focus on settlement negotiations, the subsequent continuances of pretrial and trial dates – for more than 27 months – were based on the pendency of Mr. Williams' criminal proceedings;

WHEREAS, Defendants anticipate that it may take three months for Mr. Williams to move, to become reacclimated to life outside of prison, and to re-establish his relationship with his counsel and outside advisors so that he and the other Defendants can participate meaningfully in the action;

WHEREAS, the parties anticipate that now that Mr. Williams' criminal trial is completed, they can complete discovery, including Mr. Williams' deposition and the production of documents by third parties in response to AEG's subpoenas seeking the production of documents related to the alleged transfer of copyrights in which AEG has a security interest, in six months;

WHEREAS, AEG anticipates that it will, with a six-month extension, be able to determine whether and how to proceed with regard to the copyrights in which it has a lien and to determine whether it should seek leave to assert additional claims against Defendants and/or third parties;

WHEREAS, the parties anticipate that they will be able to get any motions for summary judgment on file for hearing by a motion hearing cut-off date set for six weeks after the discovery cut-off date, the same time gap set by the Court's current schedule; and

WHEREAS, the parties believe that it would make sense to continue the Status Conference currently scheduled for December 19, 2024 until February 2025, after AEG has taken the depositions that it plans to take;

4863-2155-7496

IT IS HEREBY STIPULATED that the Court may continue the pretrial dates as follows:

| | |
|---|---|
| Final Pretrial Conference (3:00 p.m.) | September 18, 2025 |
| Opposition to Motions in Limine Filing Deadline | August 29, 2025 |
| Motions in Limine Filing Deadline | August 22, 2025 |
| Last Date to **_HEAR_** Motions (*see* Procedures page for Rule 56 Motion Deadlines) | July 24, 2025 |
| Settlement Conference Completion Date | August 28, 2024 (unchanged) [Magistrate Judge] |
| Discovery Cut-Off | June 12, 2025 |
| Last Day to Seek Leave to Amend or to Add New Parties | February 28, 2025 |
| Status Conference (1:30 p.m.) | February 6, 2025 |

Dated:  November 15, 2024     KATHLEEN JORRIE
PILLSBURY WINTHROP SHAW PITTMAN LLP


　　　/s/ *Kathleen Jorrie*
Kathleen Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated:  November 15, 2024     HAYDEN R. PACE
STOKES WAGNER ALC


　　　/s/ *Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC

4863-2155-7496

# ATTESTATION OF COUNSEL

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/ Kathleen Jorrie*
                                        Kathleen Jorrie

4863-2155-7496