Kathleen Jorrie (SBN 121578)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033
kathy.jorrie@pillsburylaw.com

Attorneys for Plaintiff AEG Presents LLC

Hayden R. Pace (SBN 219627)
STOKES WALKER, ALC
One Harbor Drive, Suite 211
Sausalito, CA 94965
Telephone: 415.943.9471
Facsimile: 619.232.4840
hpace@stokeswagner.com

Attorney for Defendants Jeffery Lamar Williams,
YSL Touring LLC, and Young Stoner Life Publishing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-MRA (PVCx)<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL DATES BY SIX MONTHS**<br><br>Status Conf.:  December 19, 2024<br>Time:          1:30 p.m.<br><br>Pre-Trial Conf.: March 20, 2025<br>Trial Date:     None set |

1

4863-2732-9784

GOOD CAUSE APPEARING, it is ORDERED that the pretrial dates are continued as follows:

| | |
|---|---|
| Final Pretrial Conference (3:00 p.m.) | |
| Opposition to Motions in Limine Filing Deadline | |
| Motions in Limine Filing Deadline | |
| Last Date to **_HEAR_** Motions (see Procedures page for Rule 56 Motion Deadlines) | |
| Settlement Conference Completion Date | August 28, 2024 (unchanged) [Magistrate Judge] |
| Discovery Cut-Off | |
| Last Day to Seek Leave to Amend or to Add New Parties | |
| Status Conference (1:30 p.m.) | |

**IT IS SO ORDERED.**

Dated: _____ \_\_, 2024

_____
Honorable Mónica Ramírez Almadani
United States District Judge

4863-2732-9784