UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-MRA (PVC)<br><br>**ORDER MODIFYING PRETRIAL DATES AND SETTING TRIAL DATE**<br><br>FPTC:       August 25, 2025<br>                 3:00 p.m.<br><br>Trial Date: September 8, 2025<br>                 8:30 a.m. |

1

4863-2732-9784

# ORDER

Having considered the parties' Joint Status Report and Stipulation to Continue Pretrial Dates by Six Months, ECF 63, and finding good cause therefor, the Court hereby modifies the pretrial schedule and sets a trial date in this matter:

| **Jury Trial (8:30 a.m.)** | **September 8, 2025** |
|---|---|
| Final Pretrial Conference (3:00 p.m.) | August 25, 2025 |
| Opposition to Motions in Limine Filing Deadline | August 4, 2025 |
| Motions in Limine Filing Deadline | July 28, 2025 |
| Last Date to **HEAR** Motions (1:30 p.m.) | June 30, 2025 |
| Mandatory Additional Settlement Conference Completion Date – *required to be conducted by Magistrate Judge* | May 19, 2025 |
| Post-Discovery Status Conference (1:30 p.m.) | May 5, 2025 |
| Discovery Cut-Off | April 28, 2025 |
| Last Day to **HEAR** Motions to Amend Pleadings/Add Parties (1:30 p.m.) | March 3, 2025 |
| Status Conference at 1:30 p.m. | February 3, 2025 *(instead of December 19, 2024)* |

To conform with the Court's presumptive schedule and due to the long duration of this litigation, the schedule set forth above has been adjusted from that proposed by the parties. These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances. *See* Fed. R. Civ. P. 16(b)(4). Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause. These dates are firm, particularly in light of the Court's prior continuances of pretrial dates in this matter.

///

///

4863-2732-9784

The parties shall comply with the Court's Civil Trial Order, including additional deadlines set therein. See ECF 62.

**IT IS SO ORDERED.**

Dated: November 20, 2024

_____
Hon. Mónica Ramírez Almadani
United States District Judge

4863-2732-9784