Jordan A. Fishman
One Atlantic Center, Suite 2615
1201 W. Peachtree Street, NW
Atlanta, GA 30309

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEG PRESENTS LLC<br><br>Plaintiff(s)<br><br>v.<br><br>YSL TOURING LLC, JEFFREY LAMAR WILLIAMS,<br>and YOUNG STONER LIFE PUBLISHING LLC<br><br>Defendant(s). | CASE NUMBER<br><br>20-cv-11601-PA-PVC<br><br>**(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Fishman, Jordan A.       of

*Applicant's Name (Last Name, First Name & Middle Initial)*

404.766.0076             404.766.8823

*Telephone Number*       *Fax Number*

jfishman@stokeswagner.com

*E-Mail Address*

> Stokes Wagner ALC
> One Atlantic Center, Suite 2615
> 1201 W. Peachtree Street, NW
> Atlanta, GA 30309
>
> *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

YSL TOURING LLC, JEFFREY LAMAR WILLIAMS, and YOUNG STONER LIFE PUBLISHING LLC

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Pace, Hayden R.       of

*Designee's Name (Last Name, First Name & Middle Initial)*

219627      415.943.9471      619.232.4840

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

hpace@stokeswagner.com

*E-Mail Address*

> Stokes Wagner ALC
> 1 Harbor Drive
> Suite 1-211
> Sausalito, CA 94965
>
> *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

         ☐ for failure to complete Application: _____

         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                                        **U.S. District Judge/U.S. Magistrate Judge**

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Kathleen Jorrie, Esq.
Jeffrey D. Wexler, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017

This 2nd day of December, 2024.

*/s/ Hayden Pace*
Hayden R. Pace
California Bar No. 219627

*Counsel for Defendant*