Jordan A. Fishman
One Atlantic Center, Suite 2615
1201 W. Peachtree Street, NW
Atlanta, GA 30309

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEG PRESENTS LLC <br><br> Plaintiff(s) <br> v. <br> YSL TOURING LLC, JEFFREY LAMAR WILLIAMS, and YOUNG STONER LIFE PUBLISHING LLC <br><br> Defendant(s). | CASE NUMBER <br><br> 2:20-cv-11601-MRA-PVC <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Fishman, Jordan A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

404.766.0076         404.766.8823
*Telephone Number*    *Fax Number*

jfishman@stokeswagner.com
*E-Mail Address*

of

Stokes Wagner ALC
One Atlantic Center, Suite 2615
1201 W. Peachtree Street, NW
Atlanta, GA 30309
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
YSL TOURING LLC, JEFFREY LAMAR WILLIAMS, and YOUNG STONER LIFE PUBLISHING LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Lerma, Diana
*Designee's Name (Last Name, First Name & Middle Initial)*

258442           213.618.4128         619.232.4840
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dlerma@stokeswagner.com
*E-Mail Address*

of

Stokes Wagner ALC
15250 Ventura Boulevard, Suite 710
Sherman Oaks, CA 91403
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____

                    U.S. District Judge/U.S. Magistrate Judge

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Kathleen Jorrie, Esq.
Jeffrey D. Wexler, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017

This 3rd day of December, 2024.

*/s/ Diana Lerma*
Diana Lerma
California Bar No. 258442

*Counsel for Defendant*