1  Kathleen A. Jorrie (SBN 121578)
   Jeffrey D. Wexler (SBN 132256)
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, 36th Floor
3  Los Angeles, CA 90017-5524
   Telephone: 213.488.7100
4  Facsimile: 213.629.1033
   kathy.jorrie@pillsburylaw.com
5  jeffrey.wexler@pillsburylaw.com

6  Attorneys for Plaintiff AEG Presents LLC

7  Hayden R. Pace (SBN 219627)
   STOKES WALKER, ALC
8  One Harbor Drive, Suite 211
   Sausalito, CA 94965
9  Telephone: 415.943.9471
   Facsimile: 619.232.4840
10 hpace@stokeswagner.com

11 Jordan A. Fishman (admitted *pro hac vice*)
   STOKES WALKER, ALC
12 One Atlantic Center, Suite 2615
   1201 W. Peachtree Street, NW
13 Atlanta, GA 30309
   jfishman@stokeswagner.com
14
15 Attorneys for Defendants Jeffery Lamar Williams,
   YSL Touring LLC, and Young Stoner Life Publishing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>        Defendants. | Case No. 2:20-cv-11601-MRA (PVCx)<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2)]; [PROPOSED] ORDER**<br><br>Status Conf.:         February 3, 2025<br>Final Pretrial Conf.: August 25, 2025<br>Trial Date:           September 8, 2025 |

4917-9828-4045

WHEREAS, plaintiff AEG Presents LLC, on the one hand, and defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC, on the other hand (collectively, the "Parties"), have entered into a settlement of this matter that contemplates performance over time; and

WHEREAS, the Parties have agreed to ask the Court to retain jurisdiction to enforce their settlement pursuant to Cal. Civ. Proc. Code § 664.6 until performance in full of the terms of the settlement;

THEREFORE, the Parties hereby stipulate and agree as follows:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2) and conditioned upon the Court entering an order retaining jurisdiction to enforce the settlement in pursuant to Cal. Civ. Proc. Code § 664.6, all claims asserted by the parties in this action shall be dismissed, without prejudice; and

(2) The Court is requested to retain jurisdiction for the purpose of enforcing the parties' settlement pursuant to Cal. Civ. Proc. Code § 664.6.

Dated:  February 14, 2025  KATHLEEN A. JORRIE
PILLSBURY WINTHROP SHAW PITTMAN LLP

  /s/ *Kathleen A. Jorrie*
Kathleen A. Jorrie
Attorneys for Plaintiff AEG Presents LLC

Dated:  February 14, 2025  HAYDEN R. PACE
STOKES WAGNER ALC

  /s/ *Hayden R. Pace*
Hayden R. Pace
Attorneys for Defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC

4917-9828-4045

**ATTESTATION OF COUNSEL**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

   */s/ Kathleen A. Jorrie*   
Kathleen A. Jorrie

4917-9828-4045