1  Kathleen A. Jorrie (SBN 121578)
   Jeffrey D. Wexler (SBN 132256)
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, 36th Floor
3  Los Angeles, CA 90017-5524
   Telephone: 213.488.7100
4  Facsimile: 213.629.1033
   kathy.jorrie@pillsburylaw.com
5  jeffrey.wexler@pillsburylaw.com

6  Attorneys for Plaintiff AEG Presents LLC

7  Hayden R. Pace (SBN 219627)
   STOKES WALKER, ALC
8  One Harbor Drive, Suite 211
   Sausalito, CA 94965
9  Telephone: 415.943.9471
   Facsimile: 619.232.4840
10 hpace@stokeswagner.com

11 Jordan A. Fishman (admitted *pro hac vice*)
   STOKES WALKER, ALC
12 One Atlantic Center, Suite 2615
   1201 W. Peachtree Street, NW
13 Atlanta, GA 30309
   jfishman@stokeswagner.com
14
   Attorneys for Defendants Jeffery Lamar Williams,
15 YSL Touring LLC, and Young Stoner Life Publishing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-MRA (PVCx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2)]**<br><br>Status Conf.:          February 3, 2025<br><br>Final Pretrial Conf.: August 25, 2025<br><br>Trial Date:            September 8, 2025 |

4921-1515-0861

**ORDER**

Pursuant to the Joint Stipulation of Dismissal Without Prejudice [Fed. R. Civ. P. 41(a)(1)(A)(ii) submitted by plaintiff AEG Presents LLC, on the one hand, and defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC, on the other hand, it is hereby ORDERED as follows:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2), all claims asserted by the parties in this action shall be dismissed, without prejudice.

(2) As a condition to such dismissal, the Court shall retain jurisdiction pursuant to Cal. Civ. Proc. Code § 664.6 for the purpose of enforcing the parties' settlement.

**IT IS SO ORDERED.**

Dated: _____, 2025        _____

Hon. Mónica Ramírez Almadani
United States District Judge

4921-1515-0861