JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AEG PRESENTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>YSL TOURING LLC, a Georgia limited liability company; JEFFERY LAMAR WILLIAMS, an individual; and YOUNG STONER LIFE PUBLISHING, LLC, a Georgia limited liability company,<br><br>Defendants. | Case No. 2:20-cv-11601-MRA (PVCx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2)]**<br><br>Status Conf.:        February 3, 2025<br>Final Pretrial Conf.: August 25, 2025<br>Trial Date:          September 8, 2025 |

**ORDER**

Pursuant to the Joint Stipulation of Dismissal Without Prejudice [Fed. R. Civ. P. 41(a)(1)(A)(ii) submitted by plaintiff AEG Presents LLC, on the one hand, and defendants YSL Touring LLC, Jeffery Lamar Williams, and Young Stoner Life Publishing, LLC, on the other hand, it is hereby ORDERED as follows:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2), all claims asserted by the parties in this action shall be dismissed, without prejudice.

1

(2) As a condition to such dismissal, the Court shall retain jurisdiction for one (1) year from the date of this Order for the purpose of enforcing the parties' settlement.

**IT IS SO ORDERED.**

Dated: February 18, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Judge

4921-1515-0861